UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT



**RECEIVED**

JUL 22 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ALEXANDER A. FELS, )
PLAINTIFF, )
)
V. )
)
SUPREME COURT OF )
THE UNITED STATES, )
)
SENATOR MITCH McCONNELL, )
AND )
PRESIDENT DONALD TRUMP, )
DEFENDANTS. )

1:19-cv-04882
Judge Ronald A. Guzman
Magistrate Judge Maria Valdez

## COMPLAINT AT LAW

CIVIL RIGHTS VIOLATIONS BY THE SUPREME COURT OF THE UNITED STATES, SENATOR MITCH McCONNELL, AND PRESIDENT DONALD TRUMP;

MOTION FOR A SUBSTITUTION OF JUDGE SELECTED BY RANDOM DRAW TO THE COURTROOM OF JUDGE REBECCA R. PALLMEYER; AND

A TEMPORARY JUDICIAL RESTRAINING ORDER BARRING ANY CONTACT FROM THE DEPARTMENT OF JUSTICE, OR ANY PERSON OR ENTITY HAVING ANY TYPE OF RELATIONSHIP WITH PRESIDENT TRUMP ET. AL. DURING THE ABOVE PROCEEDING UNTIL SAID CASE'S FINAL DISPOSITION.

## LIST OF PARTIES

ALL PARTIES APPEAR IN THE CAPTION
OF THE CASE ON THE COVER PAGE.

## QUESTIONS PRESENTED

1.) IF I FILE A PETITION FOR A WRIT OF CERTIORARI IN THE SUPREME COURT OF THE UNITED STATES (HEREAFTER SUPREME COURT) ALLEDGING, INTER ALIA, THAT PRESIDENT TRUMP (HEREAFTER TRUMP) HAS BEEN INVOLVED IN A MASSIVE $1.3 BILLION (ONE BILLION THREE HUNDRED MILLION DOLLARS) CRIMINAL ENTERPRISE FOR OVER THREE DECADES, AND THE SOLICITOR GENERAL OF THE UNITED STATES (HEREAFTER SOLICITOR), WHO IS THE ATTORNEY OF RECORD, FILES A WAIVER OF RIGHT TO FILE A BRIEF IN OPPOSITION, WAS THE DENIAL OF MY UNREFUTED WRIT OF CERTIORARI BY SUPREME COURT A VIOLATION OF MY FIRST AMENDMENT RIGHT TO "PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES"?

2.) IS THE SUPREME COURT SUBJECT TO THE CONGRESSIONAL ACT COMMONLY CALLED THE FREEDOM OF INFORMATION ACT?

3.) IF THE SOLICITOR IN HIS WAIVER DID NOT OBJECT TO MY REQUESTS FOR RELIEF FOR THE ITEMS ✡ LISTED ON THE FOLLOWING PAGES VERBATIM ✶✡ WILL THIS HONOURABLE COURT GRANT SAID RELIEF?

✡ PAGES P. 3-24-25 WRIT OF CERTIORARI (CONCLUSION)

✶✡ ALMOST VERBATIM         I

QUESTIONS PRESENTED

RELIEF SOUGHT

1.) A WRIT FROM THE SUPREME COURT DIRECTING THIS MATTER TO THE FEDERAL DISTRICT COURT IN CHICAGO (NOW MADE MOOT BY THIS FILING);

2.) A JURY DEMAND;

3.) THE ASSIGNMENT OF THIS MATTER TO FEDERAL DISTRICT COURT JUDGE, REBECCA R. PALLMEYER, A JURIST OF UNASSAILABLE CHARACTER AND ABILITY;✡

4.) THE ABILITY TO TESTIFY OF JUDGE AMY J. ST. EVE, JUDGE CHARLES P. KOCORAS, AND JUDGE VIRGINIA M. KENDALL. THESE THREE JUDGES WERE THE PRESIDING JUDGES IN THE THREE SEPARATE PETITIONS, I FILED AND WILL CITE LATER IN THIS PETITION (STATEMENT OF THE CASE);

5.) A SUPREME COURT SUBPOENA FOR TRUMP'S PERSONAL AND CORPORATE FINANCIAL RECORDS IN AN UNREDACTED FORMAT; ✡ ✡

✡ ALSO, MOOT IF THIS RANDOMLY ASSIGNED TO JUDGE PALLMEYER

✡ ✡ NOW IN THE PURVIEW OF THIS COURT

II

QUESTIONS PRESENTED

RELIEF SOUGHT (CONTINUED)

6.) A SIMILAR FINANCIAL DISCLOSURE FROM SENATOR MITCH McCONNELL;

7.) FORMER SPEAKER OF THE HOUSE OF REPRESENTATIVES, PAUL RYAN, SHOULD, ALSO, BE SO COMPELLED;

8.) THE TWENTY REPUBLICAN ATTORNIES - GENERAL, THAT ARE ADVANCING CIVIL ACTION TO DESTROY OBAMACARE, SHOULD ALSO HAVE TO "SHOW THEIR CARDS" (CAMPAIGN AND FINANCIAL RECORDS);

9.) AS A LAYMAN, I AM NOT CAPABLE OF CONDUCTING ANY PRE-TRIAL DEPOSITIONS. FURTHERMORE, ANY EXCESSIVE DELAY, DILATORY OR NOT, WILL DELAY THE MULTIPLE MEDICAL PROCEEDURES, THAT I CURRENTLY REQUIRE (MY MEDICAL CONDITIONS ARE FULLY DOCUMENTED IN: A.) MY PRELIMINARY MOTION OF MY WRIT OF CERTIORARI [INCORPORATED IN THIS PETITION—STATEMENT OF THE CASE]; B.) IN THE INCORPORATED SECTION OF THIS PETITION, AS IT APPEARED IN MY WRIT OF CERTIORARI; AND C.) THE BALANCE OF MY MEDICAL MALADIES ARE FULLY DOCUMENTED IN THE SEPARATE VOLUME OF APPENDICES (GERMANE MEDICAL RECORDS)

III

## QUESTIONS PRESENTED

## RELIEF SOUGHT (CONTINUED)

10.) A SUPREME COURT ORDER MANDATING THAT TRUMP ET. AL. LISTED ABOVE PRESENT THEMSELVES FOR THE ENTIRE TRIAL REQUESTED (NOW, ALSO, THE FEDERAL DISTRICT COURT'S DUTY);

11.) CONSIDERING MICHAEL COHEN'S FEBRUARY 27, 2019 TESTIMONY TO CONGRESS ABOUT TRUMP DIRECTING MR. COHEN TO THREATEN PEOPLE 500 (FIVE HUNDRED) TIMES DURING HIS TEN YEAR EMPLOYMENT AS TRUMP'S LAWYER, A DISTRICT COURT ORDER BARRING ANY AND ALL CONTACT BY ANY MEMBER OF THE DEPARTMENT OF JUSTICE OR ANY PERSON OR ENTITY HAVING ANY TYPE OF RELATIONSHIP WITH TRUMP ET. AL.;

12.) A DISTRICT COURT ORDER FROM JUDGE PALLMEYER, THAT THE TRIAL BE SHOWN IN IT'S ENTIRETY ON A TELEVISION NETWORK OF MY AND ONLY MY CHUSING;

13.) AN ADDITIONAL DISTRICT COURT ORDER FROM JUDGE PALLMEYER, REGARDING THE SELECTION OF A LOCAL T.V. REPORTER TO BE THE "POOL REPORTER" WITH FULL COURTROOM ACCESS, ALSO OF MY AND ONLY MY CHUSING;                 IV                 AND

## QUESTIONS PRESENTED

## RELIEF SOUGHT (CONCLUDED)

14.) A DISTRICT COURT ORDER FROM JUDGE PALLMEYER ALLOWING ME TO SUBMIT A LIST OF ALL THOSE, I WISH TO COMPEL TO TESTIFY IN THIS MATTER. SERVICE OF THE SUBPOENAS ISSUED BY JUDGE PALLMEYER TO BE PERFORMED BY THE UNITED STATES MARSHALL.

## LAST QUESTION

IN MY PETITIONS TO JUDGE KOCORAS AND JUDGE KENDALL, I ADVOCATED FOR A CHAMPION TO PROTECT OUR FELLOW AMERICANS, WHO ARE IN SUCH DIRE NEED OF A TRUE CHAMPION. I REALIZE, THAT MY PHYSICAL CONDITION, MY LACK OF FUNDING, LACK OF ANY MEANINGFUL PERSONAL HISTORY, AND MY IGNORANCE OF ALL THINGS LEGAL DISQUALIFIES FROM TRYING TO BE THEIR CHAMPION. I ASKED BOTH OF THEM IN WRITING TO FILL THIS NEED TO NO AVAIL.

I HEARD OFTEN THAT THE THIRD TIME IS THE CHARM.

SO, JUDGE REBECCA R. PALLMEYER, WILL YOU PLEASE, I BESEECH YOU, BE THAT CHAMPION?



# TABLE OF CONTENTS

JURISDICTION — PAGE ONE

CONSTITUTIONAL PROVISIONS INVOLVED — PAGE TWO

STATEMENT OF THE CASE — PAGE THREE

REASONS FOR GRANTING THIS PETITION — PAGE FIFTEEN

CONCLUSION — PAGE EIGHTEEN

SEPARATE VOLUME OF GERMANE MEDICAL DOCUMENTATION

## JURISDICTION

FEDERAL TORTS CLAIMANT STATUTE PASSED BY CONGRESS IN 1946 CALLED "THE FEDERAL TORTS CLAIM ACT" WHICH:

A.) "WAIVES SOVEREIGN IMMUNITY"

AND

B.) "CONFERS EXCLUSIVE JURISDICTION TO THE UNITED STATES DISTRICT COURTS FOR INJURY(IES), OR PERSONAL INJURY FROM A NEGLIGENT OR WRONGFUL ACT, OR OMISSION OF ANY EMPLOYEE OF THE GOVERNMENT, WHILE ACTING WITHIN THE SCOPE OF HIS OFFICE OR EMPLOYMENT, UNDER CIRCUMSTANCES WHERE THE UNITED STATES, IF A PRIVATE PERSON, WOULD BE LIABLE TO THE CLAIMANT IN ACCORDANCE WITH THE LAW OF THE PLACE WHERE THE ACT OR OMISSION OCCURRED".

(ONE)

## CONSTITUTIONAL PROVISIONS INVOLVED

THE FIRST ARTICLE OF AMENDMENT:

"CONGRESS SHALL MAKE NO LAW RESPECTING... OR PROHIBITING THE FREE EXERCISE THEREOF OR ABRIDGING... THE RIGHT OF THE PEOPLE... TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES ".

ARTICLE I SECTION 1:

"ALL LEGISLATIVE POWERS HEREIN GRANTED SHALL BE VESTED IN THE CONGRESS OF THE UNITED STATES, WHICH CONSIST OF A SENATE AND A HOUSE OF REPRESENTATIVES ".

NO WHERE IN THE THREE SECTIONS OF ARTICLE III DOES THE CONSITUTION CONFER THE AUTHORITY TO THE FEDERAL JUDICIARY TO COMPROMISE MY CIVIL RIGHT OF REDRESS OF GRIEVANCES.

(TWO)

STATEMENT OF THE CASE

WITH THE ELECTION OF TRUMP TO THE OFFICE OF PRESIDENT IN NOVEMBER OF 2016, I, AS THE VICTIM OF A CATASTROPHIC CAR ACCIDENT OCTOBER 15, 1985, FELT, THAT THE CHICANERY OF THE INSURANCE INDUSTRY, I HAD BEEN SUBJECTED TO FOR OVER 31 (THIRTY-ONE) YEARS, WOULD COME TO A HALT.

I HAD LISTENED TO PAUL RYAN, FORMER SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, AND SENATOR MITCH McCONNELL, MAJORITY LEADER OF THE UNITED STATES SENATE, CLAIM FOR SIX YEARS, THAT THE REPUBLICAN PARTY, WHICH I HAD HAD A FEALTY TO SINCE AUGUST OF 1968 ✡, WOULD "REPEAL AND REPLACE" OBAMACARE WITH A MUCH IMPROVED MEDICAL PLAN FOR MYSELF AND MY FELLOW AMERICANS.

MUCH TO MY CHAGRIN, I WOULD DISCOVER, THAT THE CAMPAIGN RHETORIC OF PAUL RYAN, MITCH McCONNELL AND TRUMP WAS JUST THAT— EMPTY CAMPAIGN RHETORIC WITH NO SUBSTANCE!

✡ I WAS IN GRANT PARK IN AUGUST OF 1968, WHEN THEN MAYOR, RICHARD J. DALEY, UNLEASHED HIS ASSAULT ON OUR RIGHT TO PEACEFUL ASSEMBLY BY USING THE C.P.D.

(THREE)

## STATEMENT OF THE CASE

EVEN MORE ALARMING, I WATCHED IN UTTER DISBELIEF THE MAN, I VOTED FOR TO FILL THE OFFICE OF PRESIDENT, TURN INTO THE BIGGEST LIAR IN THE 243 (TWO HUNDRED FORTY-THREE) YEARS OF OUR NATION'S EXISTENCE (HIS TOTAL NUMBER OF LIES AS OF MY PENNING OF THIS PETITION STANDS AT OVER 10,000 [TEN THOUSAND], AND WILL SOON SURPASS 11,000 [ELEVEN THOUSAND]).

WHEN I SURMISED, THAT MY TRUST IN TRUMP WAS MISPLACED, I TRIED TO STOP HIS ASSAULT ON TRUTH FROM INFECTING THE SUPREME COURT. TO THIS END, I FILED, WHAT I TERMED "A RESTRAINING ORDER" IN THIS COURTHOUSE LISTING THE U.S. SENATE AS THE DEFENDANT (CASE NO. 1:17-cv-02398) IN AN ATTEMPT TO BLOCK THE CONSENT OF THE SENATE OF TRUMP'S NOMINEE, NEIL GORSUCH, TO THE SUPREME COURT. I FILED THIS MARCH 29, 2017.

JUDGE AMY J. ST. EVE RIGHTLY DISMISSED MY PETITION, BECAUSE OF MY LACK OF "STANDING". JUDGE ST. EVE'S JUDICIAL HANDS WERE "TIED" BY THE CASE LAW, SHE WAS BOUND BY.

NEIL GORSUCH WAS CONFIRMED BY THE SENATE, AND 1:17 cv 02398 WAS NOW MOOT.

(FOUR)

## STATEMENT OF THE CASE

(I HAVE ENCLOSED IN MY JUDICIAL COURTESY APPENDIX THE THREE FEDERAL CIVIL ACTIONS FILED IN THIS COURTHOUSE [JUDGE ST. EVE'S CASE WAS THE FIRST CHRONOLOGICALLY], THEIR RESPECTIVE JUDICIAL ORDERS, MY APPELLATE COURT FILINGS AND APPELLATE COURT ORDERS, IN AN ATTEMPT TO CONSERVE AS MUCH OF THE COURT'S VALUED TIME AS POSSIBLE).

BY JUNE OF 2017, THE TRUTH ABOUT THE LACK OF A WORKABLE REPUBLICAN REPLACEMENT FOR OBAMACARE WAS NOW COMMON KNOWLEDGE, AND MY OWN PRE-EXISTING CONDITIONS AND THE MEDICAL ATTENTION, I WILL NEED FOR THE REST OF MY LIFE, WERE IN DIRE AND SEEMINGLY UNSTOPPABLE JEOPARDY.

SO IN LIGHT OF THIS FORESEEABLE "PANDEMIC" (THE FIRST WAVE OF MY FELLOW AMERICANS AND MYSELF WAS BROADCAST TO BE IN EXCESS OF 30,000,000 (THIRTY MILLION) PEOPLE). WITH THIS EPIC S.N.A.F.U. BY TRUMP ET. AL. AS A BACKDROP, I FILED FOR A SECOND "RESTRAINING ORDER" ON JUNE 26, 2017 (17-CV-4771).

THIS SECOND FEDERAL CIVIL SUIT BECAME THE RESPONSIBILITY OF JUDGE CHARLES P. KOCORAS.
(FIVE)

## STATEMENT OF THE CASE

JUDGE KOCORAS, DESPITE ACKNOWLEDGING THE MERITS OF MY COMPLAINT ("THIS COURT ACCEPTS AS TRUE FELS'S WELL-PLEADED FACTUAL ALLEGATIONS" [PAGE TWO LAST SENTENCE OF PARAGRAPH ONE IN JUDGE KOCORAS'S RULING OF JUNE 29, 2017]), RULED ONCE AGAIN, THAT I DID NOT HAVE "STANDING" AND DISMISSED MY COMPLAINT ON THAT BASIS AND ONLY THAT BASIS.

MY SUBSEQUENT "MOTION TO ESTABLISH 'STANDING TO SUE' AND REQUEST FOR RECONSIDERATION OF MY INITIAL FILING" WAS, ALSO, DENIED BY THIS STANDING THEOREM ON AUGUST 4, 2017.

FORTUNATELY FOR ALL OF MY FELLOW AMERICANS WITH PRE-EXISTING CONDITIONS AND MYSELF, A TRUE AMERICAN HERO AND CHAMPION, THE LATE SENATOR JOHN SIDNEY McCAIN III STEPPED "UP TO THE PLATE" AND WITH HIS FOREVER MEMORABLE "THUMB DOWN" DEFEATED THE MENDACIOUS "SKINNY REPEAL" ADVOCATED BY SENATOR MITCH McCONNELL.

WITH SENATOR McCAIN'S HEROIC ACT, MY COMPLAINT WAS MOOT, AND I THOUGHT MY "JOURNEY" INTO COURT OVER.

(SIX)

## STATEMENT OF THE CASE

FOR THE NEXT 363 (THREE HUNDRED SIXTY-THREE) DAYS, THIS COURTHOUSE AND IT'S CLERK'S OFFICE WERE "SHIELDED" FROM MY BALL-POINT PEN.

ENTER THE NOMINATION BY TRUMP OF BRETT KAVANAUGH TO FILL THE SUDDEN VACANCY ON OUR SUPREME COURT.

(FOR THIS COURT'S EDIFICATION, I SPENT 35 [THIRTY-FIVE] YEARS OF MY LIFE [MAN AND BOY] WORKING IN MY FAMILIES BUSINESS [TAVERN OR SALOON OR BAR OR WHATEVER DESIGNATION THIS COURT PREFERS]. WHILE I READILY ADMIT MY OWN LACK OF EXPERTISE IN THE NUANCES OF AMERICAN LAW, AFTER OVER 20 (TWENTY) YEARS WORKING AS A BARTENDER, I KNOW A DRUNK, WHEN I SEE ONE. BRETT KAVANAUGH, BY HIS OWN ADMISSION IS A LIFELONG DRUNK. AND AS SUCH, IN MY PROFESSIONAL OPINION, NOT FIT TO BE A SUPREME COURT JUSTICE)!!!

AT THIS SAME TIME SOME OF THE DETAILS OF TRUMP'S MASSIVE CRIMINAL ENTERPRISE OVER A THREE DECADES LONG ERA STARTED TO OOZE OUT (LIKE THE SLIME TRUMP HAS SHOWN HIMSELF TO BE AND

(SEVEN)

## STATEMENT OF THE CASE

CONTINUES TO SHOW THROUGH HIS UNRELENTING ASSAULT ON TRUTH, HIS FALSE CLAIMS THAT THE HARD WORKING MEMBERS OF THE PRESS MEDIA ARE THE "ENEMY OF THE PEOPLE" AND ARE INVOLVED IN PROMULGATING "FAKE NEWS".

SO ON AUGUST 2, 2018, I FILED CIVIL SUIT NO. 18cv5284 IN THIS COURTHOUSE WITH A MOTION TITLED "TEMPORARY RESTRAINING ORDER AND GERMANE SUBPOENA(S)". JUDGE VIRGINIA M. KENDALL WAS BY THE LUCK OF RANDOM DRAW ASSIGNED THIS CASE, AND THE "FATE" OF THE TWO DEFENDANTS, SENATOR MITCH McCONNELL. AND TRUMP, WAS NOW IN "HER HANDS".

IN MY PETITION, I ALLEDGED THE FOLLOWING:

1.) IN HIS FIRST 497 (FOUR HUNDRED NINETY-SEVEN) DAYS AS PRESIDENT, TRUMP (ACCORDING TO THE WASHINGTON POST NEWSPAPER) HAD TOLD 3,251 (THREE THOUSAND TWO HUNDRED FIFTY-ONE) LIES;

2.) TRUMP'S INCESSANT DECLARATIONS, THAT THE MEMBERS OF OUR PRESS ARE ENGAGING IN

(EIGHT)

## STATEMENT OF THE CASE

"FAKE NEWS", IF NOT BORDERING ON TREASON, WERE CIVILLY ACTIONABLE.

3.) A THIRD PART OF THIS UN AMERICAN COURSE OF ACTION BY TRUMP WAS THAT TOTALLY SHAMEFUL DISPLAY IN HELSINKI, FINLAND.

AT THIS JUNCTURE, I AM GOING TO INSERT THE PARTS OF MY PETITION, SHE HAD, I DUBBED "THE HISTORY OF THE CASE" (PAGES FOUR THROUGH NINE) AND THEN RENEW MY NARRATIVE.

(NINE)

HISTORY OF THE CASE          PAGE FOUR

PRESIDENT TRUMP'S DEFERENCE TO PUTIN IN DIRECT CONTRADICTION OF OUR ENTIRE INTELLIGENCE COMMUNITY IS ASTOUNDING. WHAT IS NOT KNOWN IS PRESIDENT TRUMP'S MOTIVATION(S).

ONE OF HIS MOTIVATIONS MAY BE HIS REAL ESTATE TRANSACTIONS. ONE NIGHT PRIOR TO HIS PROFESSIONAL DEMISE, CHARLIE ROSE'S SHOW ON P.B.S. WAS FOLLOWED ON 20.1 W.Y.C.C. BY A SHOW TITLED "DEMOCRACY NOW". THE GUEST THAT NIGHT STATED WITH EXTREME CLARITY THE FOLLOWING:

1.) DONALD TRUMP SOLD FIVE CONDOS TO A RUSSIAN GANGSTER FOR SIX MILLION DOLLARS IN 1983;

2.) RUSSIAN GANGSTERS USE THE PURCHASE AND RESALE OF CONDOS TO "LAUNDER" THEIR CRIMINALLY GENERATED MONEY;

3.) THERE IS A SEGMENT OF THE RUSSIAN MAFIA LOCATED IN THE BRIGHTON BEACH NEIGHBORHOOD IN NEW YORK;

HISTORY OF THE CASE                    PAGE FIVE

4.) IN THE ENSUING THIRTY PLUS YEARS, PRESIDENT TRUMP, SOLD HUNDREDS OF ADDITIONAL CONDOS TO OTHER MEMBERS OF THE RUSSIAN MAFIA HELPING THEM "LAUNDER" OVER 1.3 BILLION DOLLARS, AND HE KEPT THAT 1.3 BILLION DOLLARS FOR HIMSELF. (I HAVE A QUESTION - IS THAT 1.3 BILLION DOLLARS SUBJECT TO R.I.C.O.)?

THE FOLLOWING MORNING, I CALLED THE T.V. STATION TO DETERMINE THE VALIDITY OF THEIR GUEST'S ASSERTIONS. THE INDIVIDUAL, I TALKED TO, GUARANTEED W.Y.C.C. WOULD NOT HAVE AIRED THAT SHOW, WITHOUT "IRON-CLAD" DOCUMENTATION.

ANOTHER MOTIVATION MAY BE PRESIDENT TRUMP'S INDEBTEDNESS TO RUSSIAN BANKS. PRIOR TO THE 2016 ELECTION, PRESIDENT TRUMP PROMISED ME AND THE REST OF THE AMERICAN ELECTORATE, THAT AFTER HIS I.R.S. AUDIT, HE WOULD RELEASE HIS TAX RETURNS AND HIS FINANCIAL STATEMENTS. I AM STILL AWAITING THE ISSUANCE OF THESE DOCUMENTS.

HISTORY OF THE CASE                    PAGE SIX

ANOTHER FACTOR MAY BE THE SALACIOUS "TALE" OF THE VIDEOTAPE CURRENTLY DUBBED "THE PEE-PEE TAPE". THIS ALLEGED TO FEATURE TWO RUSSIAN PROSTITUTES URINATING ON EACH OTHER IN PRESIDENT TRUMP'S HOTEL SUITE IN MOSCOW, RUSSIA, WHILE PRESIDENT TRUMP WATCHED, HOPEFULLY OUT OF THE "SPLASH ZONE".

WHILE I WAS AT FIRST EXTREMELY SKEPTICAL OF THIS REPORTED INCIDENT, C.B.S.'s STEPHEN COLBERT'S EXCURSION TO THE VERY SAME HOTEL SUITE IN MOSCOW DID START TO PUT CRACKS IN MY DOUBT. THE CRACKS BECAME CHASMS, AFTER FORMER F.B.I. DIRECTOR, JAMES COMEY'S, APPEARANCE ON A.B.C.'s SHOW "THE VIEW", WHERE HE TALKED ABOUT PRESIDENT TRUMP'S EXCESSIVE OBSESSION OVER THIS VIDEOTAPE.

ADDING TO MY REVERSAL OF THOUGHT, WAS STEPHEN COLBERT POINTING OUT, THAT THE WINDOWS IN THAT MOSCOW HOTEL SUITE, HAVE A DIRECT VIEW OF THE KREMLIN A SHORT DISTANCE AWAY. (ANOTHER QUESTION FOR YOU, YOUR HONOR, IF SUCH A VIDEOTAPE DOES EXIST, DO YOU THINK PUTIN HAS IT)?

HISTORY OF THE CASE          PAGE SEVEN

I HAVE MORE QUESTIONS FOR QUESTIONS FOR YOU, YOUR HONOR. THEY ARE:

1.) ARE THE MEMBERS OF CONGRESS TRYING TO BLOCK SPECIAL COUNSEL, ROBERT MUELLER'S, INVESTIGATION SUBJECT TO CRIMINAL CHARGES AS ACCESSORIES AFTER THE FACT TO PRESIDENT TRUMP'S ACTIONS?

2.) IS PRESIDENT TRUMP GUILTY OF TREASON, WHEN HE CLAIMS, MR. MUELLER'S INVESTIGATION IS A "RIGGED WITCH HUNT"?

3.) IS THE STATUTE OF LIMITATIONS ON TREASON THE SAME AS THAT OF MURDER?

4.) IS OBSTRUCTION OF JUSTICE BY PRESIDENT TRUMP AND/OR THE AFOREMENTIONED MEMBERS OF CONGRESS DEFINABLE AS ACTS OF TREASON?

THE LAST PART OF MY EFFORT TO GIVE THE COURT PROBABLE CAUSE IS THE PRESIDENT'S ASSERTION, THAT HE HAS THE POWER TO PARDON HIMSELF.

HISTORY OF THE CASE                    PAGE EIGHT

IN ARTICLE II SECTION 2 OF OUR CONSTITUTION
" THE PRESIDENT... SHALL HAVE POWER TO GRANT
REPRIEVES AND PARDONS FOR OFFENSES AGAINST THE
UNITED STATES, EXCEPT IN CASES OF IMPEACHMENT".

FURTHERMORE, IN ARTICLE II SECTION 4, GROUNDS
FOR IMPEACHMENT ARE TREASON, BRIBERY, OR
OTHER HIGH CRIMES AND MISDEMEANORS.

AS TO SENATOR McCONNELL, HIS STATED GOAL OF RAPIDLY
CONFIRMING PRESIDENT TRUMP'S SUPREME COURT
NOMINEE RINGS HOLLOW. IN CONTRAST, PRESIDENT
OBAMA'S NOMINEE WAS NEVER GIVEN THE
COURTESY OF A SINGLE SENATE HEARING.

THERE IS NO DIRE EMERGENCY PREDICATING SENATOR
McCONNELL'S DESIRE FOR HASTE. ACCORDING TO THE
RULES OF THE SUPREME COURT, RULE 4 SECTION 2 STATES
THAT SIX JUSTICES CONSTITUTE A QUORUM.

WHAT IS A DISTINCT POSSIBILITY, IS THAT ROBERT
MUELLER'S INVESTIGATION MAY LEAD TO CRIMINAL
CHARGES AGAINST PRESIDENT TRUMP. SHOULD THESE
CHARGES WIND UP IN THE JURISDICTION OF THE SUPREME
COURT, A NOMINEE OF PRESIDENT TRUMP COULD WIND
UP IN THE UNTENABLE POSITION OF TRYING TO
PROTECT PRESIDENT TRUMP.

Case: 1:19-cv-04882 Document #: 1 Filed: 07/22/19 Page 23 of 133 PageID #:23

THE COURT MAY, ALSO, WISH TO CONSIDER FORMER SUPREME COURT JUSTICE, JOHN PAUL STEVENS, DISSENT IN BUSH V. GORE NO. 00-949, IN WHICH JUSTICE STEVENS STATED THAT WHILE THE WINNER OF THE PRESIDENTIAL ELECTION IN FLORIDA MAY NEVER BE KNOWN. "THE IDENTITY OF THE LOSER IS PERFECTLY CLEAR. IT IS THE NATION'S CONFIDENCE IN THE JUDGE AS AN IMPARTIAL GUARDIAN OF THE RULE OF LAW.

AT THE PRESENT TIME, ONLY THIRTY-SIX PERCENT OF THE PEOPLE OF OUR NATION BELIEVE IN PRESIDENT TRUMP. SHOULD THE SCENARIO OCCUR, WHERE PRESIDENT TRUMP'S FATE IS SWUNG BY A PARTISAN VOTE BY THE SUPREME COURT, THE VERY LEGITIMACY OF THE SUPREME COURT ITSELF MAY BE CALLED INTO QUESTION.

## STATEMENT OF THE CASE

# BACK AGAIN

JUDGE KENDALL, BOUND BY CASE LAW, RULED, STILL AGAIN, THAT I DID NOT HAVE "STANDING".

IN HER AUGUST 7, 2018 THREE PAGE RULING, JUDGE KENDALL NOTED, INTER ALIA, THAT HER SCREENING OF MY PETITION TO PROCEED IN FORMA PAUPERIS, AND MY COMPLAINT, ITSELF, COULD NOT BE "FRIVOLOUS OR MALICIOUS". THIS WAS, ALSO, THE SAME STANDARD AS ALLUDED TO AND ABODE BY JUDGES ST. EVE AND KOCORAS. ADDITIONALLY, NONE OF THESE THREE COMPETENT AND HONOURABLE JURISTS RULED, THAT NOT A SINGLE ALLEGATION, SUBMISSION AND/OR CONCLUSION WAS FALSE OR ERRONEOUS.

INSTEAD AS I HAVE STEADFASTLY ARGUED, THEIR SINGULAR AND COLLECTIVE RULINGS WERE LIMITED BY CASE LAW. MY POSITION ON THESE LIMITATIONS WAS AND IS, THAT USING CASE LAWS DATING AFTER DECEMBER 15, 1791✡, IS AN UNCONSTITUTIONAL IMPINGEMENT OF MY CIVIL RIGHT TO "PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES".

✡ THE DATE THE BILL OF RIGHTS BECAME THE "LAW OF OUR NATION"!!!
(TEN)

## STATEMENT OF THE CASE

SUBSEQUENTLY, SOME EARNEST "BANTERING" PRO AND CON BETWEEN JUDGE KENDALL AND THEN THE SEVENTH CIRCUIT COURT OF APPEALS AND MYSELF, LEFT ME WITH NO VIABLE COURSE OF ACTION IN THIS COURTHOUSE.

SO I FILED A PETITION AND AFFADAVIT TO FILE IN FORMA PAUPERIS AND AN ACCOMPANYING PETITION FOR A WRIT OF CERTIORARI WITH THE SUPREME COURT.

ON MARCH 20, 2019 CASE ANALYST, CLAYTON HIGGINS, NOTIFIED ME, THAT MY PETITION FOR IN FORMA PAUPERIS AND PETITION FOR A WRIT OF CERTIORARI HAD BEEN DOCKETED AS NO. 18-8479.

SO AS NOT TO MISREPRESENT ANY OF THE LEGALITIES INVOLVED, I WILL, NOW, INSERT SUPREME COURT DOCKET NO. 18-8479 IN IT'S TOTAL UNEDITED FORMAT, AS THE NEXT PAGE AND ENSUING PAGES TENDERED.

UPON COMPLETION OF THIS INSERTION, I WILL AGAIN RETURN TO MY NARRATIVE.

(ELEVEN)

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 20, 2019

Mr. Alexander A. Fels
PO Box 34622
Chicago, IL  60634

Re:  Alexander A. Fels
v. Mitch McConnell, et al.
No. 18-8479

Dear Mr. Fels:

The petition for a writ of certiorari in the above entitled case was filed on March 8, 2019 and placed on the docket March 20, 2019 as No. 18-8479.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by

Clayton Higgins
Case Analyst

Enclosures

# Supreme Court of the United States

Alexander A. Fels
      (Petitioner)

        v.                            No. 18-8479

Mitch McConnell, et al.
      (Respondent)

To __SOLICITOR GENERAL OF THE U.S.__ Counsel for Respondent:

**NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on March 8, 2019, and placed on the docket March 20, 2019. Pursuant to Rule 15.3, the due date for a brief in opposition is Friday, April 19, 2019. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.

Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

Mr. Alexander A. Fels
PO Box 34622
Chicago, IL 60634
773-543-5081

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 18-8479

Alexander A. Fels     v.     Mitch McConnell, et al.
(Petitioner)         (Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name_____
        ☐ Mr.      ☐ Ms.      ☐ Mrs.      ☐ Miss

Firm_____

Address_____

City & State_____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

No. _18-8479_

IN THE

SUPREME COURT OF THE UNITED STATES

_ALEXANDER A. FELS_ — PETITIONER
(Your Name)

VS.

_SENATOR Mc CONNELL ET. AL._ — RESPONDENT(S)

## PROOF OF SERVICE

I, _ALEXANDER A. FELS_, do swear or declare that on this date, _FEBRUARY 28_, 20 _19_, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED _IN FORMA PAUPERIS_ and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

_SOLICITOR GENERAL OF THE UNITED STATES_

_ROOM 5614 DEPARTMENT OF JUSTICE_

_950 PENNSYLVANIA AVE. N.W._

_WASHINGTON, D.C. 20530-0001_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _FEBRUARY 28_, 20 _19_

_____
(Signature)

No. 18-8479

IN THE

SUPREME COURT OF THE UNITED STATES

ALEXANDER A. FELS, PETITIONER

V

SENATOR MITCH McCONNELL, ET. AL., RESPONDENTS

ON PETITION FOR WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

MOTION TO SUBMIT THIS PETITION
IN A HANDWRITTEN FORMAT
PURSUANT TO THE AMERICANS
WITH DISABILITIES ACT OF 1990

ALEXANDER A. FELS
P.O. BOX 34622
CHICAGO, ILLINOIS 60634
1-773-543-5081

## STATEMENT OF MOTION

I, ALEXANDER A. FELS, WAS PERMANENTLY DISABLED IN A CATASTROPHIC CAR ACCIDENT, OCTOBER 15, 1985.

ON JANUARY 19, 2019, I MARKED MY SEVENTY-FIRST BIRTHDAY. I DO NOT OWN A COMPUTER. I AM NOT COMPUTER LITERATE. BECAUSE OF THE PAUCITY OF MY MONTHLY SOCIAL SECURITY BENEFIT, I AM UNABLE TO AFFORD THE SERVICES OF A TYPIST.

I AM RIGHT HAND DOMINANT. BECAUSE OF THE SEVERE ARTHRITIC DAMAGE TO MY RIGHT HAND AND THE RESIDUAL EFFECTS OF THE SURGICAL CERVICAL FUSION OF C5, C6, AND C7 I UNDERWENT (C5 IS THE VERTEBRAL SITE CONTROLLING THE USE OF BOTH OF MY HANDS), I CAN NO LONGER USE MY TYPEWRITER.

AS A RESULT OF ALL THESE FACTORS, MY ONLY MEANS OF COMMUNICATION ON PAPER WITH THE COURT IS THE USE OF A "DR. GRIP" BALL POINT PEN WITH AN OVERSIZED RUBBERIZED SILICONE FINGER GRIP, WHICH IS DESIGNED FOR ARTHRITIS PATIENTS.

ADDITIONALLY, MY ORIGINAL PAGES NOT ACCOUNTED FOR IN THE MAILING, I RECEIVED FROM THE SUPREME COURT'S

(1)

## STATEMENT OF MOTION

CLERK, WILL, BY NECESSITY, BE WRITTEN ON LEGAL PAD PAGES. BECAUSE THE PAPER FROM A LEGAL PAD DOES NOT CONFORM WITH THE STANDARDS SET IN THE SUPREME COURT RULES, THESE PAGES WILL BE COPIED AS WILL EVERYTHING ELSE IN THE ORIGINAL AND THE TEN COPIES REQUESTED AT AN OFFICE MAX PRINT CENTER.

I AM SUBMITTING THE RECENT M.R.I. REPORT ON MY RIGHT HAND AS THE NEXT PAGE OF THIS MOTION. THE REST OF MY MEDICAL MALADIES WILL BE DOCUMENTED IN APPENDIX D OF THE SUPPLEMENTAL APPENDIX FOLLOWING MY PETITION FOR A WRIT OF CERTIORARI.

I DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 28, 2019

ALEXANDER A. FELS  pro se

(2)



**ILLINOIS
BONE & JOINT
INSTITUTE** ®

Move better. Live Better.

MRI & CT SERVICES

9000 Waukegan Road
Morton Grove, IL 60053
Phone: (847) 779-6021
Fax: (847) 929-1170



Taizoon Baxamusa, M.D.

PATIENT: Alexander Fels
DOB: 01/19/1948
MRN: 130025710
LOCATION: IBJI MRI Morton Grove
DATE OF SERVICE: 01/05/2019

STUDY DESCRIPTION: MRI RIGHT HAND

**Clinical Information:** Chronic hand pain

**Technique:** Noncontrast multiplanar, multisequence MRI of the hand was performed using routine protocols.

**Comparison:** Right hand x-ray 1/3/2019

**Findings:**

There is mild arthritis at the radiocarpal articulation. Prominent subchondral cysts are present in the lunate and proximal capitate. Severe arthritic changes are present at the first CMC and MCP articulations. Moderate to severe arthritic changes are present in the second and third MCP joints. No significant arthritic change is present in the PIP and DIP joints. There is no erosive change. There is no bone marrow edema. There is no synovitis or joint effusion. There is no periostitis. Overall findings are suggestive of CPPD arthropathy with some superimposed osteoarthritis.

Limited evaluation of the intrinsic structures of the wrist demonstrates thinning and at least partial tearing of the central disc of the triangular fibrocartilage. There is degeneration of the dorsal component of the scapholunate ligament without interval widening. The lunotriquetral ligament appears intact.

Intact flexor apparatus.
No flexor tendon tenosynovitis.

Intact extensor apparatus.
No extensor tendon tenosynovitis.

Collateral ligament complexes are normal.

**IMPRESSION:**
Arthritic changes, as detailed above, in a distribution which is highly suggestive of CPPD arthropathy.

Page  of  2



**ILLINOIS
BONE & JOINT
INSTITUTE®**

Move better. Live Better.

MRI & CT SERVICES

9000 Waukegan Road
Morton Grove, IL 60053
Phone: (847) 779-6021
Fax: (847) 929-1170



Taizoon Baxamusa, M.D.

PATIENT: Alexander Fels
DOB: 01/19/1948
MRN: 130025710
LOCATION: IBJI MRI Morton Grove
DATE OF SERVICE: 01/05/2019

STUDY DESCRIPTION: MRI RIGHT HAND

Munib Sana, MD
Electronically Signed: 1/6/2019 11:02:24 AM

No. _18-8479_

IN THE

SUPREME COURT OF THE UNITED STATES

_ALEXANDER A. FELS_ — PETITIONER
(Your Name)

VS.

_SENATOR McCONNELL ET. AL._ — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☒ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_SUPREME COURT DOCKET 00-5643 FELS V. IRETON ET. AL._

_SUPREME COURT DOCKET 11-10403 FELS V. STATE OF ILLINOIS_

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☒ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____

_____, or

☐ a copy of the order of appointment is appended.

_____
(Signature)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, ALEXANDER A. FELS , am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Self-employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Income from real property (such as rental income) | $ -0- | $ -0- | $ -0- | $ -0- |
| Interest and dividends | $ -0- | $ -0- | $ -0- | $ -0- |
| Gifts | $ -0- | $ -0- | $ -0- | $ -0- |
| Alimony | $ -0- | $ -0- | $ -0- | $ -0- |
| Child Support | $ -0- | $ -0- | $ -0- | $ -0- |
| Retirement (such as social security, pensions, annuities, insurance) | $ 791.00 | $ -0- | $ 791.00 | $ -0- |
| Disability (such as social security, insurance payments) | $ -0- | $ -0- | $ -0- | $ -0- |
| Unemployment payments | $ -0- | $ -0- | $ -0- | $ -0- |
| Public-assistance (such as welfare) | $ 13.86 | $ -0- | $ 13.86 | $ -0- |
| Other (specify): _____ | $ -0- | $ -0- | $ -0- | $ -0- |
| **Total monthly income:** | $ 804.86 | $ -0- | $ 804.86 | $ -0- |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| NONE | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| MY WIFE | DIED OVER | D.N.A. | $ D.N.A. |
| TWENTY YEARS AGO | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 11.16
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Type of account (e.g., checking or savings) | Amount you have | Amount your spouse has |
|----------------------------------------------|-----------------|------------------------|
| | $ | $ |
| CHECKING | $ 1.08 | $ - 0 - |
| | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☒ Home
  Value NONE

☒ Other real estate
  Value NONE

☒ Motor Vehicle #1
  Year, make & model 2005 CHEVY MALIBU
  Value $500.00

☒ Motor Vehicle #2
  Year, make & model NONE
  Value - 0 -

☒ Other assets
  Description NONE
  Value - 0 -

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| UNITED STATES | $ 29,153.86 | $ -0- |
| SOCIAL SECURITY | $ (THROUGH | $ |
| ADMINISTRATION | $ 12-31-2013) | $ |

7. State the persons who rely on you or your spouse for support. For minor children, list initials instead of names (e.g. "J.S." instead of "John Smith").

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 450.00 | $ -0- |

Are real estate taxes included?  ☐ Yes  ☒ No
Is property insurance included?  ☐ Yes  ☒ No

|  | You | Your spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50.00 | $ -0- |
| Home maintenance (repairs and upkeep) | $ -0- | $ -0- |
| Food | $ 150.00 | $ -0- |
| Clothing | $ -0- | $ -0- |
| Laundry and dry-cleaning | $ 5.00 | $ -0- |
| Medical and dental expenses | $ -0- | $ -0- |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 20.00 | $ - 0 - |
| Recreation, entertainment, newspapers, magazines, etc. | $ 30.00 | $ - 0 - |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ - 0 - | $ - 0 - |
| Life | $ - 0 - | $ - 0 - |
| Health | $ - 0 - | $ - 0 - |
| Motor Vehicle | $ 70.00 | $ - 0 - |
| Other: | $ - 0 - | $ - 0 - |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): | $ - 0 - | $ - 0 - |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ - 0 - | $ - 0 - |
| Credit card(s) | $ - 0 - | $ - 0 - |
| Department store(s) | $ - 0 - | $ - 0 - |
| Other: | $ - 0 - | $ - 0 - |
| Alimony, maintenance, and support paid to others | $ - 0 - | $ - 0 - |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ - 0 - | $ - 0 - |
| Other (specify): | $ - 0 - | $ - 0 - |
| **Total monthly expenses:** | $ 775.00 | $ - 0 - |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No     If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    I CAN'T THINK OF ANYTHING ELSE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___FEBRUARY 28___ , 20_19_

_____
                    (Signature)

No. ___18-8479___

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

___ALEXANDER A. FELS___ — PETITIONER
(Your Name)

vs.

___SENATOR McCONNELL ET.AL.___ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

___U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT___
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

___ALEXANDER A. FELS___
(Your Name)

___P.O. BOX 34688___
(Address)

___CHICAGO, ILLINOIS 60634___
(City, State, Zip Code)

___1-773-543-5081___
(Phone Number)

## QUESTIONS PRESENTED

1.) DOES PRESIDENT TRUMP HAVE THE CONSTITUTIONAL AUTHORITY TO PARDON HIMSELF?

2.) IS PRESIDENT TRUMP SUBJECT TO SUBPOENA(S)?

3.) DID PRESIDENT TRUMP SELL FIVE CONDOS TO A RUSSIAN GANGSTER FOR SIX MILLION DOLLARS IN 1983?

4.) IN THE ENSUING THIRTY PLUS YEARS, DID PRESIDENT TRUMP SELL HUNDREDS OF ADDITIONAL CONDOS TO OTHER MEMBERS OF THE RUSSIAN CRIME SYNDICATE FOR A TOTAL OF OVER 1.3 BILLION DOLLARS?

5.) DID THE PURCHASE AND SUBSEQUENT RESALE OF PRESIDENT TRUMP'S CONDOS ABET THE "LAUNDERING" OF THIS 1.3 BILLION DOLLARS?

6.) ARE THESE SALES SUBJECT TO R.I.C.O.?

7.) DO ANY OF PRESIDENT TRUMP'S EXECUTIVE ACTIONS CONSTITUTE OBSTRUCTION OF JUSTICE AND/OR TREASON?

(I)

QUESTIONS PRESENTED

8.) IS ACCESS TO UNIVERSAL HEALTHCARE A CIVIL RIGHT?

9.) WOULD THE ROLLBACK OF THE MANDATE UNDER OBAMACARE, THAT PRE-EXISTING CONDITIONS MUST BE COVERED BY THE INSURANCE INDUSTRY, CONSTITUTE A CIVIL RIGHTS VIOLATION OF POSSIBLY HUNDREDS OF MILLIONS OF AMERICANS?

10.) WAS THE EFFORT OF FORMER SPEAKER OF THE HOUSE, PAUL RYAN, TO SPEARHEAD THE CAMPAIGN TO REPEAL AND REPLACE OBAMACARE FUELED BY THE 38 (THIRTY-EIGHT) MILLION DOLLARS PAUL RYAN IS ALLEDGED TO HAVE RECEIVED FROM THE INSURANCE INDUSTRY?

11.) WAS MAJORITY LEADER OF THE UNITED STATES SENATE, MITCH McCONNELL, EFFORT TO REPEAL AND/OR REPLACE OBAMACARE ALSO FUELED BY INSURANCE INDUSTRY DOLLARS?

12.) ARE THE CIVIL ACTIONS CURRENTLY BEING ADVANCED BY TWENTY REPUBLICAN ATTORNIES-GENERAL TO REPEAL OBAMACARE SIMILARLY DRIVEN BY INSURANCE INDUSTRY FUNDING?

(II)

## QUESTIONS PRESENTED

13.) WERE THE CLAIMS BY PRESIDENT TRUMP, FORMER SPEAKER PAUL RYAN, SENATOR MITCH McCONNELL, AND OTHERS, THAT OBAMACARE IS BANKRUPTING OUR HEALTHCARE INDUSTRY, TRUE?

14.) IN HER INITIAL RULING AUGUST 7, 2018 REGARDING FEDERAL DISTRICT COURT CASE 1:18 cv 5284, WHICH BEGAT APPEAL NUMBER 18-3429, JUDGE VIRGINIA M. KENDALL CITED TWO PREVIOUS FEDERAL DISTRICT COURT FILINGS OF MINE, 1:17 cv 02398 AND 1:17 cv 4771. I BELIEVE, BY DOING SO, JUDGE KENDALL "OPENED THE DOOR" FOR ME TO, ALSO, REFERENCE THESE TWO ADDITIONAL FILINGS. IS THIS ACCURATE?

(III)

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[X] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

SENATOR MITCH Mc CONNELL

PRESIDENT DONALD TRUMP

## TABLE OF CONTENTS

OPINIONS BELOW............................................................................................................... 1

JURISDICTION........................................................................................................................ 2

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED .............................. 3

STATEMENT OF THE CASE ............................................................................................... 4

REASONS FOR GRANTING THE WRIT............................................................................ 19

CONCLUSION......................................................................................................................... 23

## INDEX TO APPENDICES

APPENDIX A     DECEMBER 19, 2018 ORDER OF UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

APPENDIX B     AUGUST 7, 2018 FEDERAL DISTRICT COURT JUDICIAL ORDER

APPENDIX C     JANUARY 9, 2019 ORDER OF UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

APPENDIX D     GERMANE MEDICAL DOCUMENTATION

APPENDIX E

APPENDIX F

## TABLE OF AUTHORITIES CITED

CASES                                                              PAGE NUMBER

SUPREME COURT OF THE UNITED STATES (13)
CASE UNITED STATES V. PRESIDENT RICHARD NIXON

SUPREME COURT OF THE UNITED STATES (13-14)
PRESIDENT CLINTON V. PAULA JONES

STATUTES AND RULES

OTHER

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

☒ For cases from **federal courts:**

The opinion of the United States court of appeals appears at Appendix ___A___ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
☒ is unpublished.

The opinion of the United States district court appears at Appendix ___B___ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
☒ is unpublished.

[ ] For cases from **state courts:**

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## JURISDICTION

☒ For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was _DECEMBER 19, 2018_.

[ ] No petition for rehearing was timely filed in my case.

☒ A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _JANUARY 9, 2019_, and a copy of the order denying rehearing appears at Appendix _C_.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. _A_.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____.
A copy of that decision appears at Appendix _____.

[ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. _A_.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

(2)

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

UNITED STATES CONSTITUTION

ARTICLE II SECTIONS 2. AND 4.

ARTICLE OF AMENDMENT
FIRST AMENDMENT

(3)

## STATEMENT OF THE CASE

ON DECEMBER 19, 2018, THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT DENIED MY APPEAL STATING " THE APPELLANT HAS NOT RAISED A POTENTIALLY MERITORIOUS ARGUMENT FOR APPEAL ".

ON JANUARY 9, 2019, THE SEVENTH CIRCUIT COURT OF APPEALS DENIED MY MOTION FOR RECONSIDERATION OF IT'S ORDER OF DECEMBER 19, 2018.

ON AUGUST 7, 2018, JUDGE VIRGINIA M. KENDALL DENIED MY AUGUST 7, 2018 PETITION. JUDGE KENDALL, ALSO, CITED MY TWO PREVIOUS FEDERAL FILINGS, 1:17cv02398 AND 1:17cv04771. EACH OF THESE THREE FILINGS HAVE COMMON THREADS IN THEIR JUDICIAL RULINGS.

ONE THREAD WAS THE COURTS' DUTY TO REVIEW IN FORMA PAUPERIS FILINGS TO SEE, IF THE PETITION IS FRIVOLOUS OR MALICIOUS. NONE OF THE THREE JUDGES RULED, THAT ANY OF THE PETITIONS, I FILED, HAD EITHER DISQUALIFYING COMPONENT, MOREOVER NONE OF THE ISSUES, STATEMENTS, OR ALLEGATIONS, THAT I HAD SUBMITTED, DEEMED FALSE OR ERRONEUS.

(4)

## STATEMENT OF THE CASE

ANOTHER COMMON THREAD WAS THE LEGAL LEVEL OF ARTICLE III. AS I UNDERSTAND IT IN THE DISTRICT COURTS' DENIALS, I HAD TO DEMONSTRATE AN ACTUAL OR IMMINENT HARM TO GRANT ME "STANDING". LET ME NOW DISPEL THIS NOTION OF MY LACK OF STANDING.

IN APPENDIX D, THE COURT WILL FIND MEDICAL REPORTS OF SURGICAL PROCEDURES, M.R.I. MEDICAL READINGS, A DOCTOR'S ORDER FOR LAB TESTS FOR PROSTATE CANCER, AND A POST CERVICAL FUSION SURGERY APPOINTMENT.

THESE REPORTS DOCUMENT THE FOLLOWING:

1.) I WAS PERMANENTLY DISABLED IN A CAR ACCIDENT OCCURING OCTOBER 15, 1985;

2.) THE EXTENT OF MY INJURIES CAUSED THE FOLLOWING MEDICAL PROCEDURES AND LIMITATIONS:

A.) A BRISTOW PROCEDURE ON MY LEFT SHOULDER, WHICH ENTAILED THE SURGICAL INSERTION OF A STAINLESS STEEL SCREW IN THE SOCKET TO PREVENT RECURRING DISLOCATIONS IN 1986;

(5)

## STATEMENT OF THE CASE

B.) A SERIES OF SPINAL CORD INJECTIONS INTO THE LUMBAR AREA OF MY BACK IN JULY OF 2009;

C.) SPINAL CORD RADIO FREQUENCY ABLATION WHICH USED MULTIPLE NEEDLES INSERTED INTO SOME OF THE DAMAGED VERTEBRAE ON THE LEFT SIDE OF MY SPINE IN MY LUMBAR AREA IN SEPTEMBER OF 2009. THESE NEEDLES WERE HEATED TO EIGHTY DEGREES CELSIUS (WATER BOILS AT ONE HUNDRED DEGREES CELSIUS);

D.) AN IDENTICAL PROCEEDURE WAS PERFORMED ON THE RIGHT SIDE OF MY DAMAGED LUMBAR VERTEBRAE IN AUGUST OF 2010. THE ALMOST YEAR LONG GAP BETWEEN THE TWO RADIO FREQUENCY ABLATIONS WAS DOCUMENTED INTER ALIA IN SUPREME COURT OF THE UNITED STATES DOCKET NUMBER 11-10403 FELS V. THE STATE OF ILLINOIS;

E.) A PARTICULARLY AGRESSIVE FLARE-UP OF MY LUMBAR ISSUES, THAT LANDED ME IN THE EMERGENCY ROOM OF SWEDISH COVENANT

(6)

## STATEMENT OF THE CASE

HOSPITAL ON JANUARY 13, 2014. A SUBSEQUENT M.R.I. DURING MY HOSPITAL STAY SHOWED A MARKED PROGRESSION OF MY LUMBAR MALADIES FROM THE M.R.I. RECORDS OF 2009.

F.) A NEUROSURGICAL CONSULTATION WITH DR. MICHEL H. MALEK, A BOARD CERTIFIED NEUROLOGICAL SURGEON FELLOWSHIP TRAINED IN ADVANCED SPINE SURGERY, JANUARY 27, 2014, WHO ORDERED AN ADDITIONAL M.R.I. OF MY CERVICAL VERTEBRAE. THIS WAS PERFORMED ON FEBRUARY 14, 2014. THIS DOCUMENTED A PREVIOUSLY UNDIAGNOSED MULTI-LEVEL BULGING AND DISC HERNIATION MORE PRONOUNCED AT C5-6 AND C6-7 WITH DISC PROTRUSION AT C5-6 AND COMPRESSION OF THE VENTRAL ASPECT OF MY SPINAL CORD AND AN EVEN LARGER VENTRAL COMPRESSION AND EXTRUDED DISC AT C6-7.

THIS CERVICAL DIAGNOSIS LED TO THE SURGICAL IMPLANTATION OF A TITANIUM

(7)

STATEMENT OF THE CASE

APPLIANCE FOR FUSION OF VERTEBRAE C5, C6, AND C7. THIS SURGERY WAS PERFORMED AT RESURRECTION HOSPITAL IN CHICAGO IN OCTOBER OF 2014.

TWO WEEKS AFTER THIS SURGERY, I WOUND UP BACK IN RESURRECTION WITH A SEVERE CASE OF SEPSIS, THAT ALMOST KILLED ME.

G.) WHILE RECOVERING FROM THIS CERVICAL SURGERY, I WAS DIAGNOSED WITH STAGE ONE PROSTATE CANCER. I HAD TO UNDERGO NINE WEEKS OF RADIATION THERAPY, FIVE DAYS OF EACH WEEK, AND HORMONE THERAPY TO SUPRESS MY BODY'S PRODUCTION OF TESTOSTERONE, WHICH (I WAS TOLD) ACTS LIKE "JET FUEL" IN PROSTATE TUMORS.

UNFORTUNATELY, THIS HORMONE THERAPY HAS A SIDE EFFECT OF SERIOUS WEIGHT GAIN. I GAINED OVER SIXTY POUNDS BECAUSE OF THIS HORMONE THERAPY, WHICH HAS GREATLY EXACERBATED MY LUMBAR ISSUES.

(8)

## STATEMENT OF THE CASE

AS A RESULT OF THIS WEIGHT GAIN, AND MY BOUT WITH SEPSIS, I AM NOT CURRENTLY A CANDIDATE FOR THE LUMBAR SURGERY, I AM IN DIRE NEED OF TO ALLEVIATE THE CHRONIC, INCESSANT PAIN, I HAVE TO TOLERATE EVERY DAY.

H.) IN ADDITION TO THE SEVERE ARTHRITIC CONDITION AFFLICTING MY RIGHT HAND, A RECENT M.R.I. OF MY RIGHT SHOULDER FOUND THAT ARTHRITIS AND A LARGE BONE SPUR IN MY RIGHT SHOULDER WILL, ALSO, NEED TO BE ADDRESSED SURGICALLY;

I.) MY NEED TO USE CRUTCHES FOR ALL AMBULATION DUE TO A SEVERE RIGHT-SIDED NEUROLOGICAL DEFICIT OF MY RIGHT LEG; AND

J.) CHRONIC PROGRESSIVE LUMBAR BILATERAL RADICULOPATHY.

AS THE COURT CAN CLEARLY SEE, I AM BESET WITH MULTIPLE SERIOUS MEDICAL ISSUES.

THIS BRINGS US TO THE QUESTIONS PRESENTED IN 8, 9, 10, 11, 12, AND 13.

(9)

## STATEMENT OF THE CASE

AN UNINTENDED CONSEQUENCE OF THE SUPREME COURT'S RULING IN "CITIZENS UNITED", IS THE CIVIL CASE BEING PROSECUTED BY TWENTY REPUBLICAN ATTORNIES-GENERAL TO REPEAL OBAMACARE AND IT'S MANDATE, THAT ALL PRE-EXISTING CONDITIONS MUST BE COVERED BY THE INSURANCE COMPANY (IES). IF SUCCESSFUL, THIS SUIT WOULD LEAVE ME IN SERIOUS JEOPARDY.

CURRENTLY, I REQUIRE FOUR DOSES OF PHARMACEUTICAL PAIN MEDICATION DAILY, AND A NIGHTLY DOSE OF MEDICAL MARIJUANA GRANTING THE LUXURY OF (ON A GOOD NIGHT) SIX HOURS OF UNINTERRUPTED SLEEP.

SHOULD THIS COURT ALLOW THE CASE CITED ABOVE TO ROLL BACK THE PROTECTION AFFORDED ME BY OBAMACARE'S MANDATE CONCERNING PRE-EXISTING CONDITIONS, I WILL BE <u>SENTENCED</u> TO THE REST OF MY LIFE BEING SPENT IN PAIN. ALL BECAUSE A TRIBUNE NEWSPAPER TRUCK DRIVER TOOK A SHORT CUT THROUGH THE LINCOLN SQUARE MALL IN CHICAGO, DROVE THE WRONG WAY ON THE ONE-WAY STREET IN THE MALL, TOTALLING MY CAR, AND ALMOST KILLING ME IN AN ACCIDENT RIGHT IN FRONT OF MY FAMILY'S LONG TIME (TWENTY-FIVE YEARS) BUSINESS.

(10)

## STATEMENT OF THE CASE

DOES THE COURT BELIEVE, THAT THIS SCENARIO (THE REPEAL OF OBAMACARE) WAS THE INTENT OF OUR FOUNDING FATHERS, WHEN THEY EXPRESSED THEIR DESIRE IN THE PREAMBLE OF OUR CONSTITUTION "TO FORM A MORE PERFECT UNION"?

WHEN SPEAKER PAUL RYAN, PRESIDENT TRUMP, ET. AL. CELEBRATED THE HOUSE'S REPEAL OF OBAMACARE, I PONDERED THEIR "EUPHORIA" OVER A LEGISLATIVE ACTION, THAT WOULD LEAVE SOME TWENTY MILLION AMERICANS WITH NO HEALTHCARE COVERAGE IMMEDIATELY.

EVENTUALLY, A BROADCAST ON P.B.S. TELEVISION GAVE ME A PARTIAL ANSWER - PAUL RYAN WAS "COMPENSATED" BY THE INSURANCE INDUSTRY TO THE SUM OF THIRTY-EIGHT MILLION DOLLARS TO SPEARHEAD REPEAL AND REPLACE OBAMACARE.

I ASKED JUDGE KENDALL IN WRITING IN A PETITION SUBMITTED TO HER, IF THIS IS TRUE. JUDGE KENDALL NEVER ANSWERED THIS QUERY. DOES THIS COURT THINK, THAT THIS TYPE OF ALLEGATION MERITS INVESTIGATION?

(11)

## STATEMENT OF THE CASE

SENATOR MITCH McCONNELL WAS, ALSO, HELL-BENT ON REPEALING OBAMACARE. DOES THIS COURT THINK, THAT THERE IS A POSSIBILITY OR PROBABILITY, THAT SENATOR McCONNELL WAS "MOTIVATED" IN A FASHION SIMILAR TO SPEAKER RYAN'S?

FURTHERMORE, DOES THIS COURT THINK, THAT THE TWENTY REPUBLICAN ATTORNIES-GENERAL WERE PRODDED INTO THEIR QUEST TO REPEAL OBAMACARE BY INSURANCE INDUSTRY MONEY?

FINALLY, IN THIS SET OF QUESTIONS PRESENTED, IS HEALTHCARE A CIVIL RIGHT?

NOW LET'S MOVE ON THE OTHER QUESTIONS PRESENTED.

1.) DOES PRESIDENT TRUMP HAVE THE CONSTITUTIONAL AUTHORITY TO PARDON HIMSELF?

THE ANSWER LIES IN ARTICLE II OF OUR CONSTITUTION IN SECTION 2 AND IN SECTION 4.

(12)

## STATEMENT OF THE CASE

SECTION 2. " THE PRESIDENT ... SHALL HAVE POWER TO GRANT REPRIEVES AND PARDONS FOR OFFENSES AGAINST THE UNITED STATES EXCEPT IN CASES OF IMPEACHMENT".

SECTION 4. " THE PRESIDENT, VICE-PRESIDENT AND ALL CIVIL OFFICERS OF THE UNITED STATES, SHALL BE REMOVED FROM OFFICE ON IMPEACHMENT FOR, AND CONVICTION OF, TREASON, BRIBERY, OR OTHER HIGH CRIMES AND MISDEMEANORS."

IN OTHER WORDS, NOBODY, INCLUDING PRESIDENT TRUMP, IS ABOVE THE LAW.

2.) IS PRESIDENT TRUMP SUBJECT TO SUBPOENA(S)?

IN THE CASE OF THE UNITED STATES V. PRESIDENT RICHARD NIXON, THE SUPREME COURT HAS ALREADY HELD PRESIDENT NIXON WAS SUBJECT TO SUBPOENA.

IN PRESIDENT CLINTON V. PAULA JONES, THE SUPREME COURT RULED, THAT PAULA JONES' RIGHT TO REDRESS OF GRIEVANCES

(13)

## STATEMENT OF THE CASE

WAS SUPERIOR TO THE OFFICE OF PRESIDENT AND ORDERED PRESIDENT CLINTON TO COMPLY WITH JONES' CIVIL SUIT.

REGARDING QUESTIONS PRESENTED THREE THROUGH SIX CONSIDER THE FOLLOWING:

BEFORE HIS PROFESSIONAL DEMISE, I USED TO WATCH CHARLIE ROSE ON CHANNEL 20.1 W.Y.C.C. A P.B.S. STATION. W.Y.C.C. USED TO AIR A SHOW TITLED "DEMOCRACY NOW", WHICH DIRECTLY FOLLOWED THE BROADCAST OF MR. ROSE.

ONE NIGHT, W.Y.C.C.'s GUEST RELATED THE HISTORY OF PRESIDENT TRUMP AND HIS REAL ESTATE TRANSACTIONS WITH THE RUSSIAN CRIME SYNDICATE.

THE FIRST OF THESE TRANSACTIONS OCCURRED IN 1983. ACCORDING TO THEIR GUEST, PRESIDENT TRUMP SOLD FIVE CONDOS FOR SIX MILLION DOLLARS TO A RUSSIAN GANGSTER.

IN THE ENSUING THIRTY PLUS YEARS,

(14)

## STATEMENT OF THE CASE

PRESIDENT TRUMP SOLD HUNDREDS OF ADDITIONAL CONDOS TO OTHER MEMBERS OF THE RUSSIAN CRIME SYNDICATE FOR A COMBINED 1.3 BILLION DOLLARS.

THE SIGNIFICANCE OF THIS IS, THAT THE PURCHASE AND SUBSEQUENT RESALE OF PRESIDENT TRUMP'S CONDOS ABETTED THE "LAUNDERING" OF THIS 1.3 BILLION DOLLARS. I WAS ASTOUNDED BY THIS "TALE".

THE FOLLOWING MORNING, I CALLED W.Y.C.C. TO INQUIRE AS TO THE VALIDITY OF THEIR GUEST'S ASSERTIONS. THE PERSON FROM W.Y.C.C., THAT I TALKED TO, TOLD ME EMPHATICALLY, THAT W.Y.C.C. WOULD NOT AIR THE EPISODE WITHOUT "IRON-CLAD DOCUMENTATION".

I INFORMED JUDGE KENDALL OF THIS SCENARIO IN WRITING IN A PETITION TO HER. I, ALSO, PRESENTED THESE SAME ALLEGATIONS TO THE SEVENTH CIRCUIT IN MY APPEAL. I ADDED A A QUESTION FOR BOTH "ARE THESE SALES SUBJECT TO R.I.C.O." NEITHER COURT RESPONDED TO MY EFFORTS TO GET TO THE TRUTH IN THIS MATTER.

(15)

## STATEMENT OF THE CASE

AS TO QUESTION PRESENTED NUMBER SEVEN, DO ANY OF PRESIDENT TRUMP'S EXECUTIVE ACTIONS CONSTITUTE OBSTRUCTION OF JUSTICE AND/OR TREASON, CONSIDER THE FOLLOWING:

AFTER PRESIDENT TRUMP'S DEPLORABLE AND DISGRACEFUL DISPLAY IN HELSINK, FINLAND, WHEN PRESIDENT TRUMP SIDED WITH PUTIN REJECTING THE UNANIMOUS OPINION OF EVERY AMERICAN INTELLIGENCE AGENCY, FORMER C.I.A. DIRECTOR, JOHN BRENNAN, CALLED PRESIDENT TRUMP'S PERFORMANCE TREASON. I CONCUR!

WHAT I COULD NOT FIGURE OUT WAS WHAT PRESIDENT TRUMP'S MOTIVATION(S) WERE. SO I SET ABOUT ASKING JUDGE KENDALL ABOUT THIS. I RELATED, BESIDES THE CONDO SALES, ANOTHER FACTOID.

THAT FACTOID - THE ONE AND ONLY SALACIOUS TALE OF THE "PEE-PEE" VIDEOTAPE. FOR THE COURT'S EDIFICATION, THIS TAPE IS ALLEDGED TO CAPTURE THE ESCAPADES OF TWO RUSSIAN PROSTITUTES URINATING ON EACH OTHER IN A HOTEL SUITE

(16)

## STATEMENT OF THE CASE

IN MOSCOW, RUSSIA PRESIDENT TRUMP RENTED (HE PAID FOR THE WHORES, ALSO), WHILE PRESIDENT TRUMP WATCHED FROM A SAFE DISTANCE, HOPEFULLY OUT OF THE "SPLASH ZONE".

THIS WAS THE PRESIDENTIAL SUITE, AND IT HAD BEEN PREVIOUSLY OCCUPIED BY PRESIDENT OBAMA AND MRS. OBAMA. THE SUITE HAS WINDOWS, THAT LOOK DIRECTLY AT THE KREMLIN. I, ALSO, POSED THE QUESTION TO JUDGE KENDALL, THAT IF THIS VIDEO TAPE DOES EXIST, DID SHE THINK PUTIN HAS THE TAPE.

THIS TAPE HAS BEEN A RECURRING "ITEM" ON C.B.S. TELEVISION'S STEPHEN COLBERT SHOW. MR. COLBERT EVEN WENT SO FAR AS TO FLY TO MOSCOW AND RENT THE SAME SUITE, BUT REFRAINED FROM LYING IN THE POSSIBLY STILL WET BED IN THE SUITE. HE, ALSO, POINTED OUT THE WINDOW VIEWING THE KREMLIN A FEW HUNDRED YARDS AWAY.

THE TAPE WAS, ALSO, PART OF THE CONVERSATION ON A.B.C. TELEVISION'S SHOW "THE VIEW",

(17)

## STATEMENT OF THE CASE

WHEN FORMER DIRECTOR OF THE F.B.I., JAMES COMEY, WAS THE SHOW'S GUEST. IT IS HARD TO FORGET JAMES COMEY RELATING HOW OBSESSED PRESIDENT TRUMP WAS OVER THE POSSIBLE EXISTENCE OF THIS VIDEOTAPE. PRESIDENT TRUMP DIDN'T DENY HIS "INVOLVEMENT". PRESIDENT TRUMP WAS WORRIED, THAT IT EXISTED !!!

ADD INTO THE MIX, DONALD TRUMP JR'S REPEATED GLOATING OVER HOW MUCH MONEY✡ WAS FLOWING INTO THE TRUMP COMPANY COFFERS, AND WE DON'T HAVE A MERE WHISP OF SMOKE, WE HAVE A FIVE ALARM FIRE!

TO PARAPHRASE WILLIAM SHAKESPEARE — "THERE'S SOMETHING ROTTEN IN AMERICA"...

NOW LET'S MOVE ONTO THE REASONS TO GRANT THIS PETITION.

✡ RUSSIAN MONEY

(18)

## REASONS FOR GRANTING THIS PETITION

SUPREME COURT RULE NUMBER 10 STATED, THAT A WRIT OF CERTIORARI WOULD ONLY BE GRANTED FOR COMPELLING REASONS.

LET ME START ENUMERATING THEM.

FIRST OF ALL THE REPEAL OF OBAMACARE'S MANDATE OF COVERAGE FOR PRE-EXISTING CONDITIONS WOULD BE CATASTROPHIC AND EPIC IN THE AMOUNT OF AMERICANS ADVERSELY AFFECTED.

THIRTY-FOUR MILLION AMERICANS SMOKE TOBACCO. ONE THIRD OF THEM WILL BE KILLED BY SMOKING TOBACCO. THE OTHER TWO THIRDS WILL FACE SOME DAUNTING MEDICAL BILLS, BECAUSE OF THIS GOVERNMENT SANCTIONED ADDICTION.

OVER FIFTY PERCENT OF AMERICANS ARE OVERWEIGHT AND/OR OBESE. THE HEALTH ISSUES AND COSTS OF TREATMENT FOR THESE ISSUES ARE SIMILARLY DAUNTING.

EXCESSIVE ALCOHOL CONSUMPTION LEADS

(19)

## REASONS FOR GRANTING THIS PETITION.

TO HEART DISEASE, KIDNEY FAILURE, CIRRHOSIS OF THE LIVER, AND OTHER MALADIES. THE COST OF TREATMENT FOR ALCOHOLISM INCLUDING RESIDENTIAL DETOX AND/OR OTHER MEDICAL PROCEEDURES CAN BE STAGGERING.

THE COST OF PRESCRIPTION MEDICINE WITHOUT GOVERNMENTAL ASSISTANCE TO HELP DEFRAY THESE COSTS IS ANOTHER SERIOUS CONCERN.

OPIOID ADDICTION, SPURRED BY UNSCRUPULOUS DRUG COMPANIES, IS JUST AS EXPENSIVE TO COMBAT.

THERE ARE MORE COMPONENTS, I COULD INCLUDE IN THIS LIST, BUT I BELIEVE, THE COURT CAN GRASP THE SCOPE OF MEDICAL ISSUES, WE AS A NATION FACE. ALLOWING PROBABLY ONE HUNDRED MILLION AMERICANS TO FACE THESE MEDICAL PITFALLS WITHOUT ANY SAFETY NET, IS UNACCEPTABLE, UNCONSCIONABLE, AND A DIRECT DERELICTION OF THIS COURT'S CONSTITUTIONALLY MANDATED DUTY. ONE OF THIS COURT'S JOBS IS TO AFFORD PROTECTION TO THE MOST VULNERABLE OF OUR NATION'S CITIZENRY.

(20)

## REASONS FOR GRANTING THIS PETITION

WATCHING MICHAEL COHEN'S TESTIMONY TO THE HOUSE OF REPRESENTATIVES YESTERDAY, I WAS DISGUSTED BY THE EFFORTS OF THE REPUBLICAN MEMBERS OF THE HOUSE TO DOWNPLAY MR. COHEN'S WORDS, CLAIMING HE SHOULDN'T BE HEARD, BECAUSE MR. COHEN IS A CONVICTED LIAR.

WHAT, THEY DID NOT OFFER A SINGLE WORD OF DISSENT TO, WAS MR. COHEN'S STATEMENT, THAT PRESIDENT TRUMP HAS NOW TOLD OVER 9,000 (NINE THOUSAND) LIES SINCE HIS CAMPAIGN AND DURING HIS PRESIDENCY. WITH ALL THE PARTISAN BICKERING, THAT WENT ON FOR SEVERAL HOURS, NOT A SINGLE WORD DENYING MR. COHEN'S 9,000 LIE CONTENTION. AMAZING!

ONE OF THESE LIES WAS HIS PLEDGE TO RELEASE HIS FINANCIAL RECORDS "AS SOON AS HIS I.R.S. TAX AUDIT WAS COMPLETED." THREE YEARS HAVE COME AND GONE WITH NO RECORDS BEING RELEASED. NONE! HIS PLEDGE TO RELEASE HIS RECORDS WAS THE ULTIMATE REASON, I VOTED FOR PRESIDENT TRUMP. HIS REFUSAL TO RELEASE THESE DOCUMENTS CONSTITUTES IN MY MIND A FRAUD DESIGNED TO CHEAT ME OUT OF MY VOTE. I PLACE THE UTMOST VALUE

(R.1)

## REASONS FOR GRANTING THIS PETITION

ON MY VOTE, AS MY RIGHT TO VOTE WAS PAID FOR WITH AMERICAN BLOOD. THEREFORE, MY VOTE IS PRICELESS.

THIS IS THE BASIS OF MY INITIAL ASSESSMENT OF THE VIOLATION OF MY CIVIL RIGHTS BEING VOTER FRAUD. AND WHY I CHECKED THE VOTER FRAUD BOX ON THE COVER SHEET OF 1:18 cv 5284 FELS v McCONNELL AND TRUMP.

NOR DID THE REPUBLICAN HOUSE MEMBERS CONTEST MR COHEN'S ASSERTION, THAT PRESIDENT TRUMP TOLD MR. COHEN TO THREATEN PEOPLE OVER FIVE HUNDRED TIMES DURING HIS TEN YEAR TENURE AS MR. TRUMP'S ATTORNEY. INSTEAD THEY SAT MUTE.

LASTLY, CHIEF JUSTICE JOHN ROBERTS, WHEN THIS CHAPTER OF THE SUPREME COURT'S HISTORY IS MEMORIALIZED, IT WILL BE DUBBED THE ROBERTS COURT.

I WONDER HOW HISTORY WILL JUDGE YOUR COURT.

RESPECTFULLY SUBMITTED

ALEXANDER A. FELS pro se

(22)

# CONCLUSION

DURING MY PERUSAL OF THE BOOKLET, THAT LISTS THE SUPREME COURT'S "RULES OF THE ROAD", I FOUND SOME OF THE REMEDIES POSSIBLE WITH A WRIT OF CERTIORARI.

THE REMEDY, I FOUND THE MOST ALLURING, WAS THE POSSIBILITY OF ORAL ARGUMENT. THIS IS MADE EVEN MORE COMPELLING BY THE PROSPECT OF CONVERSING WITH ONE OF MY OWN PERSONAL HEROES - THE NOTORIOUS R.B.G.

PRAGMATISM, EVENTUALLY, HAS TO HOLD SWAY OVER THIS ALLURE, NO MATTER HOW HIGH THIS SCENARIO IS ON MY "BUCKET LIST".

BECAUSE OF MY SPINAL CORD ISSUES, I AM NOT ABLE TO TRAVEL BY AIRPLANE. MY VERY LIMITED RANGE OF AMBULATION PRECLUDES EITHER A TRAIN OR BUS RIDE. MY CAR IS FOURTEEN MODEL YEARS OLD WITH OVER 157,000 MILES ON IT. MY LIMITED FINANCES (I POSSESS A PRINTOUT FROM CHASE BANK, WHICH SHOWS MY AVAILABLE BALANCE OF $1.08). THIS PREVENTS ME FROM RENTING A CAR FOR THIS JOURNEY.

PAGE WAS INADVERTANTLY OMITTED. SHOULD HAVE BEEN FIRST PAGE OF CONCLUSION

## CONCLUSION

THE REMEDY, THAT I BELIEVE, PUTS ME ON A MORE EQUAL FOOTING WITH PRESIDENT TRUMP, ET. AL., HAS SEVERAL CAVEATS. THEY ARE:

1.) A WRIT OF MANDAMUS FROM THE SUPREME COURT DIRECTING THIS MATTER TO THE FEDERAL DISTRICT COURT IN CHICAGO;

2.) A JURY DEMAND;

3.) THE ASSIGNMENT OF THIS MATTER TO FEDERAL DISTRICT JUDGE, REBECCA R. PALLMEYER, A JURIST OF UNASSAILABLE CHARACTER AND/OR ABILITY;

4.) THE AVAILABILITY TO TESTIFY OF JUDGE AMY J. ST. EVE, JUDGE CHARLES P. KOCORAS, AND JUDGE VIRGINIA M. KENDALL. THEY ARE THE THREE PRESIDING JUDGES IN THE THREE FEDERAL PETITIONS, I HAVE REFERENCED IN THIS WRIT OF CERTIORARI;

5.) A SUPREME COURT SUBPOENA FOR PRESIDENT TRUMP'S FINANCIAL RECORDS IN AN UNREDACTED FORMAT;

(23)

## CONCLUSION

6.) A SIMILAR FINANCIAL DISCLOSURE FROM SENATOR MITCH McCONNELL;

7.) FORMER SPEAKER OF THE HOUSE, PAUL RYAN, SHOULD, ALSO, BE SO COMPELLED;

8.) THE TWENTY REPUBLICAN ATTORNIES- GENERAL SHOULD HAVE TO "SHOW THEIR CARDS" (FINANCIAL RECORDS) VIA A SUPREME COURT ORDER PRIOR TO AND DURING THIS JURY TRIAL;

9.) AS A LAYMAN, I AM NOT CAPABLE OF CONDUCTING ANY PRE-TRIAL DEPOSITIONS. FURTHERMORE, ANY EXCESSIVE DELAY, DILATORY OR NOT, WILL DELAY THE MULTIPLE MEDICAL PROCEEDURES, THAT I CURRENTLY REQUIRE;

10.) A SUPREME COURT ORDER MANDATING, THAT PRESIDENT TRUMP AND THE OTHERS LISTED ABOVE PRESENT THEMSELVES FOR THE ENTIRE TRIAL REQUESTED;

11.) CONSIDERING MICHAEL COHEN'S TESTIMONY YESTERDAY ABOUT PRESIDENT TRUMP DIRECTING MR. COHEN TO THREATEN PEOPLE FIVE HUNDRED TIMES DURING HIS TEN YEAR EMPLOYMENT AS PRESIDENT TRUMP'S

(24)

<u>CONCLUSION</u>

11. CONT.) LAWYER, A SUPREME COURT ORDER BARRING ANY AND ALL CONTACT BY ANY MEMBER OF THE DEPARTMENT OF JUSTICE OR ANY OTHER PERSON OR ENTITY HAVING ANY TYPE OF RELATIONSHIP WITH PRESIDENT TRUMP ET.AL.;

12.) A SUPREME COURT DIRECTIVE TO JUDGE PALLMEYER ORDERING A LIVE TELEVISION BROADCAST OF THIS TRIAL BY A NATIONAL TELEVISION NETWORK OF MY AND ONLY MY CHUSING;

13.) AN ADDITIONAL SUPREME COURT DIRECTIVE REGARDING THE SELECTION OF A LOCAL REPORTER TO BE THE POOL REPORTER WITH FULL COURTROOM ACCESS, ALSO, OF MY AND ONLY MY CHUSING; AND

14.) A SUPREME COURT ORDER ALLOWING MY SUBMISSION TO JUDGE PALLMEYER OF A LIST OF OTHER WITNESSES TO BE COMPELLED TO TESTIFY IN THIS JURY TRIAL. SERVICE OF THE SUBPOENAS ISSUED BY JUDGE PALLMEYER TO BE PERFORMED BY THE UNITED STATES MARSHALL.

(25)

## CONCLUSION

OUR NATION'S CURRENT STATE OF AFFAIRS. MANY OF MY FELLOW AMERICANS, THAT I HAVE TALKED TO, BELIEVE, THERE ARE "FOR SALE" SIGNS IN FRONT OF THE WHITE HOUSE AND SOME OF THE MEMBERS OF BOTH HOUSES OF CONGRESS.

GRANTING THIS WRIT OF CERTIORARI WOULD GO A LONG WAY TOWARDS DISPELLING THIS PERCEPTION.

EACH AND EVERY ONE OF YOU JUSTICES HAVE A LONG AND DISTINGUISHED LIFETIME RESUMÉ. THE PEOPLE OF OUR NATION DESERVE AN HONEST ACCOUNTING.

I AM BUT AN OLD-TIME SALOON KEEPER AND STILL A BOYSCOUT AT HEART. I BELIEVE IN TRUTH, JUSTICE, AND THE AMERICAN WAY.

LASTLY, I MADE TWO ADDITIONAL COPIES OF THIS DOCUMENT. ONE I WILL HAND-DELIVER TO THE ATTORNEY-GENERAL OF ILLINOIS. THE OTHER I INTEND TO MAIL TO THAT NEW MEMBER OF THE HOUSE OF REPRESENTATIVES, WHO SHARES A DERIVATIVE OF MY FIRST NAME, ALEXANDRA.

(27)

## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

Date: FEBRUARY 28, 2019

(28)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT

ALEXANDER A. FELS, PLAINTIFF,

V

SUPREME COURT OF THE UNITED STATES,

DEFENDANT,

SENATOR MITCH MC CONNELL,

DEFENDANT,

PRESIDENT DONALD TRUMP,

DEFENDANT.

SEPARATE VOLUME OF GERMANE
MEDICAL DOCUMENTATION

TABLE OF CONTENTS

APPENDIX DESIGNATION AND CONTENTS                PAGE

APPENDIX A   UNITED STATES COURT OF APPEALS        - 1
             ORDER OF DECEMBER 19, 2018

APPENDIX B   FEDERAL DISTRICT COURT ORDER          - 2
             OF AUGUST 7, 2018

APPENDIX C   UNITED STATES COURT OF APPEALS        - 5
             ORDER OF JANUARY 9, 2019

APPENDIX D   MEDICAL DOCUMENTATION
             SPINAL CORD PROCEEDURE 7-25-2009       - 6
             RADIO FREQUENCY ABLATION 9-29-2009     - 8
             RADIO FREQUENCY ABLATION 8-26-2010    - 10
             LUMBAR M.R.I. REPORT 1-14-2014        - 12
             DR. MALEK NEUROSURGICAL 1-27-2014     - 14.
             CONSULTATION
             DR. MALEK EXPANDED M.R.I. 2-24-2014-17
             REPORT AND NEW FINDINGS
             DR. WESLEY YAPOR POST CERVICAL 2-5-2015-19
             FUSION SURGERY FOLLOW UP VISIT
             DR. VASELOPULOS LAB ORDER   12-12-2018-21
             FOR MONITORING MALIGNANT
             NEOPLASM OF PROSTATE
             DR. VASELOPULOUS APPOINTMENT  6-12-2019-22
             M.R.I. OF RIGHT SHOULDER    1-26-2018- 23
             UPCOMING SURGICAL CONSULT 3-28-2019- 25
             FOR RIGHT SHOULDER

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 19, 2018

Before

**JOEL M. FLAUM,** *Circuit Judge*

**DIANE S. SYKES,** *Circuit Judge*

| | |
|---|---|
| No. 18-3429 | ALEXANDER A. FELS, Plaintiff - Appellant v. MITCH MCCONNELL, United States Senator, et al., Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:18-cv-05284
Northern District of Illinois, Eastern Division
District Judge Virginia M. Kendall

Upon consideration of the **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS,** filed on December 13, 2018, by pro se Appellant,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED.** Appellant has not raised a potentially meritorious argument for appeal. Appellant shall pay the required docketing fee within 14 days or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).

form name: c7_Order_3J(form ID: 177)



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER A. FELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18 C 5284 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| UNITED STATES SENATOR MITCH | ) | |
| MCCONNELL and PRESIDENT DONALD | ) | |
| TRUMP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently before the Court are *pro se* Plaintiff Alexander Fels's Motion for Temporary Restraining Order and Germane Subpoena(s) (Dkt. 1) and application for leave to proceed *in forma pauperis* (Dkt. 3). For the reasons explained below, the Court dismisses Fels's Motion and denies as moot his *in forma pauperis* application.

## STATEMENT

Under 28 U.S.C. § 1915(e)(2), the Court is required to screen the complaint of a plaintiff who seeks to proceed *in forma pauperis* and dismiss a complaint, or any claims therein, if the Court determines that the complaint or claim is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. *See Jones v. Bock*, 549 U.S. 199, 214 (2007). Also, federal courts may raise their subject matter jurisdiction at any stage of the proceedings. *See Gonzalez v. Thaler*, 565 U.S. 134, 141 (2012); *Evergreen Square of Cudahy v. Wis. Hous. & Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015).

On August 2, 2018, Fels filed what he labeled a "Motion [for] Temporary Restraining Order and Germane Subpoena(s)" (Dkt. 1), along with an application for leave to proceed *in forma pauperis* in this matter (Dkt. 3). Construed liberally, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam), Fels's Motion seeks to compel the production of unredacted financial documents from President Trump and to enjoin the United States Senate from continuing confirmation proceedings in relation to any United States Supreme Court nominee by President Trump before the President's financial documents are produced and reviewed. (Dkt. 1) at 9.

Supporting his motion, Fels explains that he is a Republican who voted for President Trump in the 2016 election on the hope that President Trump would fix the American healthcare system. *Id.* at 3–4. However, Fels has since become disenchanted with the President based on his actions on healthcare, his "unrelenting assault on truth," and his recent performance in Helsinki, Finland after meeting with Russian President Vladimir Putin. *Id.* at 4. Fels speculates, relying on a handful

I



of newspaper and television sources, that President Trump's "deference to Putin in direct contradiction of our entire intelligence community" may be on account of his financial interests with and other connections to Russia. *Id.* at 5–7. Moreover, Fels complains about (1) the President's statements that he potentially could pardon himself one day and (2) the prospect that the rushed confirmation of President Trump's nominee for the United States Supreme Court could lead to a Supreme Court justice that would try to "protect President Trump" against potential criminal charges resulting from Special Counsel Robert Muller's investigation. *Id.* at 9. And because the President's approval rating is at 36 percent, Fels fears that the "very legitimacy of the Supreme Court itself may be called into question" if the Court were required in the future to take up the issue of "President Trump's fate." *Id.* at 10.

This is not the first time Fels has filed a federal action seeking to enjoin Senate proceedings relating to a Supreme Court nominee, *see Fels v. The United States Senate*, No. 17 C 2398 (N.D. Ill. Mar 30, 2017) (dismissing the case on the basis of legislative immunity), or seeking the production of certain financial documents of the President, *see Fels v. McConnell*, No. 17 C 4771 (N.D. Ill. June 29, 2017) (dismissing case wherein Fels sought a TRO halting the President's healthcare plans, Senator Mitch McConnell's and Speaker Paul Ryan's financial and campaign records, and President Trump's tax returns and campaign records for lack of standing). For the same reasons explained in those two prior proceedings, Fels cannot proceed with his present lawsuit.

Setting aside the fact that Fels' Motion lacks any specific causes of action outside of a vague and incomplete reference to the Federal Tort Claims Act (*see* (Dkt. 1) at 13), the United States Senate has absolute legislative immunity under the Speech or Debate Clause from suits seeking damages, injunctions, and declaratory relief for conduct falling within the sphere of legitimate legislative activity. *See Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 503 (1975); *Doe v. McMillan*, 412 U.S. 306, 312 (1973); *see also United States v. Menendez*, 132 F. Supp. 3d 610, 619 (D.N.J. 2015), aff'd, 831 F.3d 155 (3d Cir. 2016) (immunity protects members of Congress from, among other things, judicial orders, such as injunctions, that interfere with the legislative acts themselves); *Rangel v. Boehner*, 785 F.3d 19, 21 (D.C. Cir. 2015) ("Congressmen, for example, enjoy absolute immunity from suit for their conduct in the legislative arena."). Thus, Fels's claims against Senator Mitch McConnell cannot survive.

Not only that, Fels lacks standing to bring this action. "[T]o satisfy Article III's standing requirements, a plaintiff must show (1) [he] has suffered an 'injury in fact' that is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical; (2) the injury is fairly traceable to the challenged action of the defendant[s]; and (3) it is likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision." *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 180–81 (2000). An injury is not particularized unless it "affect[s] the plaintiff in a personal and individual way." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 n.1 (1992). That is, "[a] plaintiff seeking relief in federal court must first demonstrate . . . that he has a personal stake in the outcome, distinct from a generally available grievance about government." *Gill v. Whitford*, 138 S. Ct. 1916, 1923 (2018) (quotations omitted) (citing *Baker v. Carr*, 369 U.S. 186, 204 (1962), *Lance v. Coffman*, 549 U.S. 437, 439 (2007) (per curiam)); *see also DaimlerChrysler Corp. v. Cuno*, 547 U.S. 332, 344 (2006) (no standing where an alleged injury is more accurately characterized as a grievance that the plaintiff "suffers in some indefinite way in common with people generally") (citation omitted). In other words, a plaintiff

2

(3)

"claiming only harm to his and every citizen's interest in proper application of the Constitution and laws, and seeking relief that no more directly and tangibly benefits him than it does the public at large—does not state an Article III case or controversy." *Lujan*, 504 U.S. at 573–74.

Here, Fels sets forth only generalized grievances concerning allegedly illegal government conduct that he shares with a segment of the public generally: protesting a future Senate confirmation vote on a Supreme Court nominee and complaining about President Trump's broken campaign promise to release his tax returns because, in some combination, these events could create a legitimacy crisis within the U.S. system of government. Fels's allegations in favor of standing only further support this conclusion. He alleges that he has standing because he is a "sixth generation American with long standing documentable voting record," he is a "citizen owner of this nation," and President Trump essentially procured his vote by fraud by making false representations about his financial documents during the campaign. But "[b]eing simply a voter and a citizen does not satisfy the standing requirement." *Griffin v. Roupas*, 2003 WL 22232839, at *8 (N.D. Ill. Sept. 22, 2003), *aff'd*, 385 F.3d 1128 (7th Cir. 2004) (citing *U.S. v. Hays*, 515 U.S. 737, 743 (1995)); *see also Weinstein v. Trump*, No. 2017 WL 6544635, at *3 (S.D.N.Y. Dec. 21, 2017) (claims regarding President Trump's failure to honor a campaign promise to donate all profits from foreign governments' patronage of his hotel and related businesses during the course of his presidency were insufficient to confer standing because they were nothing more than a generalized grievance that plaintiff shared with the public). Because Fels has failed to allege a particularized injury that affects him in a "personal and individual way," he lacks standing. Therefore, his Motion (Dkt. 1) is dismissed and his application for leave to proceed *in forma pauperis* (Dkt. 3) is denied as moot.

Hon. Virginia M. Kendall
United States District Judge

Date: August 7, 2018

3 (4)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 9, 2019

Before

JOEL M. FLAUM, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| | ALEXANDER A. FELS, Plaintiff - Appellant |
|---|---|
| No. 18-3429 | v. |
| | MITCH MCCONNELL, United States Senator, et al., Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:18-cv-05284
Northern District of Illinois, Eastern Division
District Judge Virginia M. Kendall

Upon consideration of the **MOTION FOR RECONSIDERATION OF ORDER OF DECEMBER 19, 2018**, filed on January 9, 2019, by the pro se appellant,

**IT IS ORDERED** that the motion for reconsideration is **DENIED.**

form name: **c7_Order_3J**(form ID: 177)



12:32:07 p.m.   02-28-2014       7/61

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA,   CHICAGO, IL  60625
(773) 878-8200

OPERATIVE REPORT

Patient Name:          FELS,ALEXANDER
Unit Number:           00599152
Account Number:        42866863
Location:              AP3N  A339-1
Attending Physician:  ASAD REDJAI, MD
Dictating Physician:  XIAOYUAN XIE, MD

SURGEON:  Xiaoyuan Xie, MD

DATE OF PROCEDURE:  07/25/2009

PREOPERATIVE DIAGNOSES:
1.  Chronic low back pain.
2.  Possible lumbosacral spine facet arthropathy.

POSTOPERATIVE DIAGNOSES:
1.  Chronic low back pain.
2.  Possible lumbosacral spine facet arthropathy.

NAME OF OPERATION:  Bilateral L4, L5, and S1 facet joint sterile injection
under fluoroscopic guidance.

ANESTHESIA:  Monitored anesthesia care.

ANESTHESIOLOGIST:  Patrick L Lau, MD

DESCRIPTION OF PROCEDURE:  The patient was seen and examined in the
preoperative holding area. An informed consent was obtained. The patient was
brought to the OR table in the prone position. The lumbosacral region skin
was
prepped and draped with sterile technique.  Under fluoroscopic guidance, the
left-sided S1 superior articular process and facet joint were identified. The
oblique view was used.  After the local anesthesia, a 25-gauge spinal needle
was inserted aiming towards the medial aspect of the joint until the bone was
contacted.  Then the needle worked laterally into the joint space.  Needle
position was confirmed by injecting 0.5% Omnipaque through the needle.  The
Omnipaque went into the joint space. Then after the negative aspiration, 1 mL
of the mixing solution was injected through the needle. The needle was
flushed
and withdrawn.

At the L5 level, the left-sided L5 superior articular process and facet joint
were identified.  After the local anesthesia, a 25-gauge spinal needle was
inserted aiming towards the medial aspect of the joint until the bone was
contacted.  Then the needle worked laterally into the joint space.  Needle
position was confirmed by injecting 0.1% Omnipaque through the needle.  The
Omnipaque went into the joint space.  Then 1 mL of the mixed solution was
injected through the needle.  The needle was flushed and withdrawn.

At the L4 level, the left-sided L4 superior articular process and facet joint
were identified.  After the local anesthesia, a 25-gauge spinal needle was



12:32:25 p.m.     02-28-2014          8 /61

UNIT NUMBER: 00599152

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA,    CHICAGO, IL    60625
(773) 878-8200

FELS,ALEXANDER

inserted aiming towards the medial aspect of the joint until the bone was
contacted.  Then the needle worked laterally into the joint space.  Needle
position was confirmed by injecting 0.1% Omnipaque through the needle.  The
Omnipaque went into the joint space. Then after the negative aspiration, 1 mL
of the mixed solution was injected through the needle. The needle was flushed
and withdrawn.

Then the right-sided procedure was done by using similar techniques and
similar landmarks as on the left side.  After confirming that the needle was
in the joint space by injecting 0.5% of Omnipaque, 1 mL of the mixing
solution
was injected into each needle, then the needles were flushed and withdrawn.
The patient tolerated the procedure well without complications.  The patient
was transferred to the recovery room in stable condition.  The mixed solution
included a total of 80 mg of Depo-Medrol, 5 mL of 0.5% bupivacaine.

Electronically Signed by: XIAOYUAN XIE, MD          Date: 07/28/09Time: 2130
SIGNATURE ON FILE

Dictated by: XIAOYUAN XIE, MD                       Date: 07/25/09Time: 1528
Transcription Date: 07/25/09
CC: ASAD REDJAI, MD

Swedish Covenant PCI *LIVE* (PCI: OE Database SCH)

Run: 02/28/14-11:31 by DIANA LAGUNAS                              Page 2 of 2

(7)

773 293 5309                                    12:31:40 p.m.    02-28-2014        5/61

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA, CHICAGO, IL 60625
(773) 878-8200

OPERATIVE REPORT

Patient Name:        FELS,ALEXANDER
Unit Number:         00599152
Account Number:      43332592
Location:            4SICU M443-1
Attending Physician: SUNG SUP KIM, MD
Dictating Provider:  XIAOYUAN XIE, MD

SURGEON: Xiaoyuan Xie, MD .

DATE OF PROCEDURE: 09/29/2009

PREOPERATIVE DIAGNOSES:
1.  Chronic left-sided lower back pain.
2.  Lumbar sacral facet arthropathy.

POSTOPERATIVE DIAGNOSES:
1.  Chronic left-sided lower back pain.
2.  Lumbar sacral facet arthropathy.

NAME OF OPERATION: Left L2, L3, L4 and L5 medial branch nerve block with
radiofrequency ablation.

ANESTHESIA: Monitored anesthesia care.

FLUIDS: LR.

ANESTHESIOLOGIST: Dr. Martini.

DESCRIPTION OF PROCEDURE: The patient is seen and examined in the
preoperative holding area. Informed consent was obtained. The patient was
brought to the OR table in the prone position. The lumbar sacral region skin
was prepped and draped with a sterile technique. Under fluoroscopic guidance,
the left-sided sacral ala was identified. After the local anesthetic, a 22-
gauge RF needle was inserted. The first needle was inserted aiming toward the
junction of the left sacral ala and the S1 superior articular process until
the bone was contacted. The second needle was inserted aiming toward to the
left, the junction of the L5 transverse process and superior articular
process
until the bone was contacted. The third needle was inserted aiming toward the
left, the junction of the L4 transverse process and superior articular
process
until the bone was contacted. The fourth needle was inserted aiming toward
the left, the junction of the L3 transverse process and superior articular
process until the bone was contacted. Then after 4 needles were placed,
radiofrequency stimulation test was performed at each level. The sensory test
was skipped at this time. We only performed the motor test. After the motor
test increased to 3 Hz at each level, the patient did not report any muscular
stimulation down to his lower extremities. Then after the stimulation test 1
mL of the mixed solution was injected into each needle. The mixed solution
Report #: 0929-0031
Job #:    17372637

Swedish Covenant PCI *LIVE* (PCI: GE Database SCH)

Run: 02/28/14-11:31 by DIANA LAGUNAS                                 Page 1 of 2



773 293 5309

UNIT NUMBER: 00599152

**SWEDISH COVENANT HOSPITAL**
**5145 NORTH CALIFORNIA,   CHICAGO, IL    60625**
**(773) 878-8200**

FELS, ALEXANDER

included a total of 40 mg of Depo-Medrol and 3 mL of 0.5% Marcaine.  Then after 2 minutes radiofrequency ablation was performed at each level at 80 degrees Celsius for 90 seconds.  The patient tolerated the procedure well without complications.  The patient was transferred to the recovery room in stable condition.


Electronically Signed by: XIAOYUAN XIE, MD          Date: 09/29/09 Time: 1734
SIGNATURE ON FILE

Dictated by: XIAOYUAN XIE. MD                       Date: 09/29/09 Time: 1103
Transcription Date: 09/29/09
CC:

Report #: 0929-0031
Job #:    17372637



SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA,  CHICAGO,  IL  60625
(773)  878-8200

OPERATIVE REPORT

Patient Name:        FELS,ALEXANDER
Unit Number:         00599152
Account Number:      45731080
Location:            AP3WO A3040-2
Attending Physician: ASAD REDJAI, MD
Dictating Provider:  XIAOYUAN XIE, MD


SURGEON:  Xiaoyuan Xie, MD

DATE OF PROCEDURE:  08/26/2010

PREOPERATIVE DIAGNOSES:
1.  Chronic axial lower back pain.
2.  Lumbosacral facet arthropathy.

POSTOPERATIVE DIAGNOSES:
1.  Chronic axial lower back pain.
2.  Lumbosacral facet arthropathy.

PROCEDURE:  Right-sided L2, L3, L4 and L5 medial branch nerve block with
radiofrequency ablation.

ANESTHESIA:  Monitored anesthesia care.

FLUIDS:  Lactated Ringer's.

COMPLICATIONS:  None.

DESCRIPTION OF THE PROCEDURE:  The patient was seen and examined in the
preoperative holding area.  Informed consent was obtained.  The patient was
brought to the OR table in the prone position.  Lumbosacral region skin was
prepped and draped with a sterile technique. Under fluoroscopic guidance, the
right-sided sacral alar was identified.  After the local anesthetic, a 22-
gauge RF needle was inserted.  The first needle was inserted, aiming towards
the junction of the right sacral alar and S1 superior articular process until
the bone was contacted.  The second needle was inserted, aiming towards the
right, the junction of L5 transverse process and superior articular process
until the bone was contacted.  The third needle was inserted, aiming towards
the right L4 transverse process and superior articular process until the
junction was contacted.  The fourth needle was inserted, aiming towards the
right, the junction of the L3 transverse process and superior articular
process until the bone was contacted.  Then, after 4 needles were placed, one
radiofrequency stimulation test was performed at each level.  There was no
motor stimulator down to the lower extremities.  The sensory at L2 was 0.6 Hz,
L3 was 0.6 Hz, L4 was 0.3 Hz and L5 0.5 Hz.  Then after the test, 1 mL of
mixed solution was injected through the needle, which included a total of 40
mg of Depo-Medrol and 3 mL of 0.5% Marcaine.  After 2 minutes, radiofrequency
ablation was performed at each level at 80 degrees sensory for 90 seconds.
Then, the needle was flushed and withdrawn.  The patient tolerated the
Report #: 0827-0019
Job #:    24143789



UNIT NUMBER: 00599152

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA,    CHICAGO, IL    60625
(773) 878-8200

FELS, ALEXANDER

procedure very well without complications. The patient was transferred to the recovery room in stable condition.

Electronically Signed by: XIAOYUAN XIE, MD          Date: 08/27/10 Time: 1942
SIGNATURE ON FILE

Dictated by: XIAOYUAN XIE, MD                        Date: 08/26/10 Time: 1903
Transcription Date: 08/27/10
CC: ASAD REDJAI, MD

Report #: 0827-0019
Job #:    24143789

(11)

773 293 5309

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA,  CHICAGO, IL  60625
(773) 878-8200

HISTORY AND PHYSICAL
01/13/14        2011

| | |
|---|---|
| Patient Name: | FELS,ALEXANDER |
| Unit Number: | 00599152 |
| Account Number: | 54551270 |
| Location: | APS   A514-2 |
| Admission Date: | 01/13/14 |
| Attending Physician: | ASAD REDJAI, MD |

**Wound Present No**

## Results
### Labs (Diagram)
### Laboratory Tests

**01/13/14 1738:**
Urine Color YELLOW, Urine Appearance CLEAR, Urine pH 6.5, Urine Specific Gravity 1.026, Urine Protein NEG, Urine Glucose (UA) NEG, Urine Ketones NEG, Urine Blood NEG, Urine Nitrite NEG, Urine Bilirubin NEG, Urine Urobilinogen 0.2, Urine Leukocyte Esterase NEG

### Labs (Table)

| Test | Result | Date Time |
|---|---|---|
| Urines | | |
| Urine Color | YELLOW | 01/13 1738 |
| Urine Appearance | CLEAR | 01/13 1738 |
| Urine pH (5.0 - 8.0) | 6.5 | 01/13 1738 |
| Ur Specific Gravity (1.003 - 1.035) | 1.026 | 01/13 1738 |
| Urine Protein (NEGATIVE) | NEG | 01/13 1738 |
| Urine Glucose (UA) (NEGATIVE) | NEG | 01/13 1738 |
| Urine Ketones (NEGATIVE) | NEG | 01/13 1738 |
| Urine Blood (NEGATIVE) | NEG | 01/13 1738 |
| Urine Nitrite (NEGATIVE) | NEG | 01/13 1738 |
| Urine Bilirubin (NEGATIVE) | NEG | 01/13 1738 |
| Urine Urobilinogen (0.0 - 0.2 EU/L) | 0.2 | 01/13 1738 |
| Ur Leukocyte Esterase (NEGATIVE) | NEG | 01/13 1738 |

## Radiology/EKG
### Imaging
MRI lumbar spine as read by Dr. Dorothy Lam from Radiology:

Additional copy

Page 5 of 6

(12)

773 293 5309

12:41:46 p.m.    02-28-2014    50/61

SWEDISH COVENANT HOSPITAL
5145 NORTH CALIFORNIA, CHICAGO, IL   60625
(773) 878-8200

HISTORY AND PHYSICAL
01/13/14            2011

Patient Name:        FELS, ALEXANDER
Unit Number:         00599152
Account Number:      54551270
Location:            AP5    A514-2
Admission Date:      01/13/14
Attending Physician: ASAD REDJAI, MD

degenerative disc disease of the lumbar spine, diffuse disc bulge at L2/3 with moderate neuroforanmial stenosis. right disc herniation at L3/4 with severe right neuroforaminal stenosis, increased from 2009. disc bulge at L4/5 with moderate to severe bilateraly neuroforaminal stenosis, also increased from 2009, mild neuroforaminal stenosis at L5/S1.

## Assessment/Plan
**Problem List**
**1. Back pain**
   Assessment/Plan
2/2 spinal stenosis
-Neuro sx consult: Dr Laich, appreciate recs
-MRI as above
-UA neg
-tylenol #3
-dilaudid prn

FEN/Proph:
General Diet
IVF
SCDs

Case discussed with Dr Redjai at 2300.


Initiated By  : MICHAEL CHIAPPONE DO
Last Edited By: MICHAEL CHIAPPONE, DO
Electronically Signed

ASAD REDJAI, MD

Date:          Time:
Date:01/14/14  Time:1143

Report#:0113-0572

Additional copy                                          Page 6 of 6



# MICHEL H. MALEK, M.D.

Board Certified Neurological Surgeon
Fellowship Trained in Advanced Spine Surgery

Administrative & Billing Offices
555 West Court Street
Suite 412
Kankakee, Illinois 60901
Ph: 1-888-977-4633
www.malek-spinedoc.com

CONFIDENTIAL PATIENT INFORMATION - FOR MEDICAL USE ONLY

| | | |
|---|---|---|
| Physician: | Michel Malek, M.D. | Service Location: CENTRAL |
| Patient Name: | Alexander Fels | Date of Birth: 01/19/1948 |
| Date of Service: | January 27, 2014 | Date of Injury: 10/15/1985 |

Alexander Fels is a 66-year-old gentleman who comes to see me today for neurosurgical consultation.

The patient had a catastrophic injury on 10/15/85.

The patient stated on that day he backed out of a legal, visually obscured parking space and his car was hit, broad-sided, by a Tribune truck going the wrong way at 5:15am. He developed back problems and neck problems that culminated in him being disabled and unable to ambulate without crutches. The patient stated over the years he has had multiple injections in the low back, including epidural injection and radiofrequencies, however his entire condition has left him with being on crutches and unable to really get much motion of the right lower extremity.

The patient stated he had suffered a fractured skull and C3 was bad, he was told, in his neck, but no fracture.

He has no bowel or bladder incontinence.

The patient stated at this point the pain is primarily in the low back shooting into the hip. He has numbness and weakness in the right lower extremity. The patient has no mid back pain, no neck pain and no headache or radicular symptoms around the chest or upper extremities. The pain is primarily in the low back.

Coughing, sneezing and straining bother him. Taking prescription medication helps him.

The patient was evaluated recently by Dr. Leshay with an MRI scan, but I do not have that report.

There is no history of previous similar episode. There is no history of previous similar injury. There is no history of previous back or neck surgery.

Patient history is positive for metal in his body with a screw in his left shoulder -Bristow procedure- 1986 and negative for diabetes, hypertension, tuberculosis, rheumatic fever, pacemaker, claustrophobia, peptic ulcer, syphilis, gonorrhea, HIV, jaundice, kidney disease, heart disease, seizures, AIDS, pneumonia, irregular heartbeat, nervous disorder, glaucoma, hepatitis, cancer, phlebitis, pleurisy, and strep infection.

(14)

Physician: Michel Malek, M.D.
Patient Name: Alexander Fels
Date of Service: January 27, 2014
Page 2

Service Location: CENTRAL
Date of Birth: 01/19/1948
Date of Injury: 10/15/1985

The patient has no known drug allergies.

The patient is currently on tramadol.

The patient is currently not taking any blood thinners.

The patient is a non-smoker.

No problems with the eyes. No problems with the ears. No problems with the nose. No problems with the mouth/throat. No difficulty swallowing, shortness of breath, cough or chest pain. He has history of bowel problems, paralyzed muscles, and urinary incontinence. No stomach trouble, nausea, vomiting, food intolerance, bowel incontinence, rectal bleeding or vomiting of blood. No pain, burning or bleeding with urination. No bladder or kidney infections. No problems urinating. No deformed joints or arthritis.

Family history is positive for hypertension and heart disease and negative for diabetes, hypertension, tuberculosis, back/neck disorders, nervous disorders, cancer, unusual bleeding tendencies, kidney disease, anemia, arthritis and epilepsy. Mother deceased at 57 of malignant hypertension. Father deceased of MI. One brother and three sisters in unknown health.

On physical examination he is a pleasant gentleman in no acute distress. He is unable to move the right lower extremity. He can move the left lower extremity. He ambulates with crutches. Cranial nerve exam is unremarkable.

No xray is available for review.

Impression: A 66-year-old gentleman with history of catastrophic injury 10/15/85 with right lower extremity multi-myotomal paralysis with multiple pain procedures and persistence of back pain with recent MRI scan done by Dr. Leshay.

At this point I told the patient I would like to obtain the patient's MRI scan for review, obtain Dr. Lehsay's assessment and take it from there.

Diagnosis:
1. S/P catastrophic MVC 10/15/85
2. Chronic, progressive lumbar radiculopathy, bilateral, with right-sided severe neurological deficit, unable to ambulate except with crutches
3. S/P recent evaluation by Dr. Leshay, report not available
4. H/O recent MRI scan of the lumbar spine done, report & films not available
5. No known drug allergies (1.27.14)

Recommendation:
1. Options discussed
2. Obtain MRI films/CD for review, lumbar spine (1.27.14)



Physician:      Michel Malek, M.D.     Service Location: CENTRAL
Patient Name:    Alexander Fels        Date of Birth: 01/19/1948
Date of Service:  January 27, 2014       Date of Injury: 10/15/1985
Page 3

3. Obtain Dr. Leshay's records for review (1.27.14)
4. Further consideration pending review of the above

**Work Status:**
Not applicable

**Follow Up:**
After the above

Michel H. Malek, M.D.
Neurological Surgeon

Dictated but not read
MHM/nm

(16)

# MICHEL H. MALEK, M.D.

**Board Certified Neurological Surgeon**
Fellowship Trained in Advanced Spine Surgery

Administrative & Billing Offices
555 West Court Street
Suite 412
Kankakee, Illinois 60901
Ph: 1-888-977-4633
www.malek-spinedoc.com

### CONFIDENTIAL PATIENT INFORMATION - FOR MEDICAL USE ONLY

Physician:        Michel Malek, M.D.          Service Location: CENTRAL
Patient Name:     Alexander Fels              Date of Birth: 01/19/1948
Date of Service:  February 24, 2014           Date of Injury: 10/15/1985

*Swedish Hospital*

He comes back. We are still awaiting his VA records. MRI scan of the cervical spine done 2/14/14 shows multi-level bulging and disc herniation, more pronounced at C5-6 and C6-7 with cord compression by MR and report signed by Dr. Mohamed Razai done at Our Lady of the Resurrection shows that at C5-6 broad-based central and slightly left-sided disc protrusion with compression of the ventral aspect of the spinal cord, at C6-7 there is large and broad-based extruded disc compressing the ventral aspect of the spinal cord. MRI scan of the lumbar spine done 2/14/14 shows evidence of moderate degenerative and hypertrophic changes of the facet at L4-5 with mild spinal and foraminal stenosis, at L3-4 there is degenerative changes with moderate spinal and foraminal stenosis. MRI scan of the lumbar spine done 1/13/13 also was reviewed showing small right central protrusion by report at L3-4. The patient did have evaluation at Swedish Covenant Hospital, and at this point I told the patient if the symptoms are at a level he is not willing or capable of living with, then he is likely to require a C5-7 ACDF. I told the patient he needs medical clearance and I need to see the films myself prior to making that consideration.

Diagnosis:

1.  S/P catastrophic MVC 10/15/85
2.  Chronic, progressive lumbar radiculopathy, bilateral, with right-sided severe neurological deficit, unable to ambulate except with crutches
3.  Cervical pseudoradicular symptoms
4.  S/P recent evaluation by Dr. Leshey, report not available
5.  H/O recent MRI scan of the lumbar spine done, report & films not available
6.  No known drug allergies  (1.27.14)
7.  MRI scan of the cervical spine done 2/14/14 shows multi-level bulging and disc herniation, more pronounced at C5-6 and C6-7 with cord compression by MR and report signed by Dr. Mohamed Razai done at Our Lady of the Resurrection shows that at C5-6 broad-based central and slightly left-sided disc protrusion with compression of the ventral aspect of the spinal cord, at C6-7 there is large and broad-based extruded disc compressing the ventral aspect of the spinal cord (2.24.14)
8.  MRI scan of the lumbar spine done 2/14/14 shows evidence of moderate degenerative and hypertrophic changes of the facet at L4-5 with mild spinal and foraminal stenosis, at L3-4 there is degenerative changes with moderate spinal and foraminal stenosis (2.24.14)
9.  MRI scan of the lumbar spine done 1/13/13 also was reviewed showing small right central protrusion by report at L3-4 (2.24.14)



(17)

Physician:           Michel Malek, M.D.       Service Location: CENTRAL
Patient Name:        Alexander Fels           Date of Birth: 01/19/1948
Date of Service:     February 24, 2014        Date of Injury: 10/15/1985
Page 2

    10. Persistence of symptoms at a level patient not willing or capable of
        living with (2.24.14)

Recommendation:
1. Options discussed
2. Obtain MRI films/CD for review, lumbar spine done 2/14/14 (2.24.14)
3. Obtain MRI films/CD for review, cervical spine done 2/14/14 (2.24.14)
4. Obtain Dr. Leshay's records for review (1.27.14) Dr. Radjai
5. Patient likely to require C5-7 ACDF, pending review of MRI scan
   (2.24.14)
6. Rehab to start 4-6 weeks post-op for 6-8 weeks followed by conclusion
   of care
7. Appointment for physical examination to determine surgical candidacy
8. Provide surgery education material, cervical fusion (2.24.14)

Work Status:
Not applicable

Follow Up:
After the above

Michel H. Malek, M.D.
Neurological Surgeon

Dictated but not read
MHM/nm

(18)

 **Presence Health**

Alexander Fels
1645 W LE MOYNE ST
FRANCISCAN OUTREACH
CHICAGO, IL 60622

12/18/2014

Dear Alexander Fels,

This is a reminder for your upcoming appointment with Wesley Yamil Yapor, MD.

Date: 2/05/15
Time: 1:15 PM
Department: NORTHWESTERN NEUROSURGICAL ASSOC.
Address: 7447 W. Talcott
Ste. 340
Chicago IL 60631-3745
773-594-0200
Visit Type: Follow Up Visit

Patient Instructions: Please plan to arrive 15 minutes before your appointment, bring your current insurance information and co-pays will be due at the time of check in.
Procedure Instructions: There are no instructions associated with this visit.

If for any reason you are unable to keep this appointment, please contact the office at
773-594-0200 to reschedule.

Sincerely,

Patient Service Specialist for Wesley Yamil Yapor, MD



## Presence Health Imaging Order

CT CERVICAL SPINE WO CONTRAST
[IMG207] (Epic Order # 86976504)

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Fels, Alexander (4306820) | Male | 1/19/1948 | 1645 W LE MOYNE ST FRANCISCAN OUTREACH CHICAGO IL 60622 | 312-965-8577 (H) *Preferred* 312-965-8577 (M) |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| NORTHWESTERN NEUROSURGICAL ASSOC. | 7447 W. TALCOTT STE. 340 Chicago IL 60631-3745 | 773-594-0200 | 773-594-9083 |

### Order Information

| Date | Department | Electronically Signed By/Authorizing |
|---|---|---|
| 12/18/2014 | NORTHWESTERN NEUROSURGICAL ASSOC. | Wesley Yamil Yapor, MD |

### Future Order Information

| Expected | Expires |
|---|---|
| 12/19/2014 | 12/18/2015 |

### Associated Diagnoses

Status post cervical spinal fusion [V45.4] - Primary

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| Exam reason Note: Enter reason for exam | fusion | |

### Visit Coverage

| Payor | Plan | Sponsor Code | Group Number |
|---|---|---|---|
| CIGNA MC REPLACEMENT | CIGNA HEALTH SPRING CARE PLAN OF IL MMAI | | 80840 |

### Visit Coverage Subscriber

| Subscriber Name | Subscriber ID | Pat Rel to Sub |
|---|---|---|
| FELS,ALEXANDER | 089728364 | Self |

### Scheduling Instructions

| | | | |
|---|---|---|---|
| Holy Family Medical Center | 847-813-3273 | Resurrection Medical Center | 773-792-5556 |
| Our Lady of Resurrection | 773-794-7678 | St. Francis Hospital | 847-316-6500 |
| PMG Park Ridge Imaging | 847-292-5295 | St. Joseph Hospital | 773-665-3060 |
| PMG Skokie Imaging | 847-329-7788 | St. Mary and Elizabeth | 312-770-3006 |
| PMG Open MRI | 773-836-9360 | | |

(20)

FELS, ALEXANDER (id #38822, dob: 01/19/1948)

# Lab Order

12/12/2018

| Order To | Ordering Provider |
|---|---|
| SWEDISH COVENANT HOSPITAL (LAB) 5140 N CALIFORNIA AVE CHICAGO, IL 60625 Phone: (773) 878-6888 Fax: (773) 989-3965 | PETER T VASELOPULOS, MD GCU_SWEDISH OFFICE 5140 N CALIFORNIA AVE SUITE 600 CHICAGO, IL 60625-3645 Phone: (847) 328-5600 Fax: (866) 289-6889 |

### Order

Orders included: 4

Primary malignant neoplasm of prostate | ICD-10: C61: Malignant neoplasm of prostate
● PSA, SERUM OR PLASMA

   NOTE TO LAB: do 1 week prior to next appt
● BMP, SERUM OR PLASMA

   NOTE TO LAB: do 1 week prior to next appt
Acute cystitis | ICD-10: N30.01: Acute cystitis with hematuria
● URINALYSIS, COMPLETE

   NOTE TO LAB: do 1 week prior to next appt
● CULTURE, URINE

   NOTE TO LAB: do 1 week prior to next appt

| Patient Name | FELS, ALEXANDER |
|---|---|
| Sex - DOB - Age | M 01/19/1948 70yo |
| Address | 1645 W LE MOYNE AVE CHICAGO, IL 60622 |
| Phone | h: (773) 543-5081 w: |
| Primary Insurance | BCBS-IL - Blue Cross Community (Medicaid Replacement - HMO) ID: XOG901271707 Group: 4049 Policy Holder: FELS, ALEXANDER |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed - 8 HR - 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: PETER T VASELOPULOS, MD

(21)

PETER T VASELOPULOS, MD

# IL - Metro Chicago Surgical Oncology

SWEDISH OFFICE
5140 N CALIFORNIA AVE SUITE 600
CHICAGO, IL 60625-3645.
Phone: (847) 328-5600 Fax:(866) 289-6889

ALEXANDER FELS
DOB: 01/19/1948
Patient ID: 38822

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|------|------|-------------|---------------|-------|
| 06/12/2019 | 01:00 PM | ANY15<br>PETER T VASELOPULOS, MD | SWEDISH OFFICE<br>5140 N CALIFORNIA AVE<br>SUITE 600<br>CHICAGO, IL 60625-<br>3645. | (847) 328-5600 |



Sent 01/29/2018 10:07:06, Page - 1

**Swedish Covenant Hospital**
**5145 N California Ave**
**Chicago, IL 60625**

**Magnetic Resonance Report**
**Signed**

Patient: Fels,Alexander A
DOB: 01/19/1948
Age/Sex: 70 / M
Loc: RADG
Attending Dr: Non Staff MD

MR#: M000599152
Acct:A00101671246
ADM Date: 01/26/18

Ordering Physician: Staff, Non MD
Date of Service: 01/26/18
Procedure(s): MRI R Shoulder No Con.
Accession Number(s): I0000132131

NOS Physician: BAXAMUSA,TAIZOON
Fax Number:    8479291113

MRI RIGHT SHOULDER    1/26/2018 2:03 PM

REASON FOR EXAM:  Right shoulder pain

TECHNIQUE:  MRI right shoulder with multiplanar T1, T2 fat saturation,
and proton density sequences.

COMPARISON:  No previous

FINDINGS:
There is mild partial tearing along the bursal surface of the
supraspinatus tendon (series 6, image 13). No full-thickness rotator
cuff tear is identified. The infraspinatus, teres minor, and
subscapularis tendons appear normal. The rotator cuff musculature is
not atrophied. The long head of the biceps tendon is intact. There is
a tear posteriorly and superiorly on the glenoid labrum (series 4,
image 14). The glenoid rim appears normal. No glenohumeral joint
effusion is seen. The glenohumeral alignment is normal. There is
severe osteoarthritis of the acromioclavicular joint. Osteophytes
arising from the joint impress upon the supraspinatus tendon.

ORDER #: 0126-0028 MRI/MRI R Shoulder No Con.
IMPRESSION:
1. Tear posteriorly and superiorly in the glenoid labrum.

2. Mild bursal surface partial tearing of the supraspinatus tendon.

3. Severe osteoarthritis of the acromioclavicular joint.

Result Code: x

Dictated By:        Pearce, Matthew MD
Signed By:

01/26/18 1411

Report #:  0126-0329

(33)

Sent 01/29/2018 10:07:06, Page - 2

**Swedish Covenant Hospital**

MR#: M000599152
Acct:A00101671246

Date/Time of Dictation: 01/26/18 1414
Date/Time of Transcription:
Transcriptionist:

CC:

Report #: 0126-0329
Job#:

Report #: 0126-0329

$\left(24\right)$



ILLINOIS
BONE & JOINT
INSTITUTE®

Move better. Live better.

Patient Name: Alexander A Fels

| Appt. Date | Appt. Time | Location / Phone | Provider |
|---|---|---|---|
| 03/28/2019 | 11:20 am | 9000 Waukegan Rd. Suite 200, Morton Grove IL 60053 / 847-375-3000 | Petkovic MD, Djuro |

If you need to cancel or reschedule your appointment we kindly ask that you call us 24 hours in advance of appointment.

Please arrive 15 minutes early for your appointment and bring your insurance card.

Co-payment and outstanding balances are due at time of visit.



IN THE SUPREME COURT OF THE UNITED STATES

FELS, ALEXANDER A.
    Petitioner

vs.

MITCH MCCONNELL, ET AL.

No: 18-8479

## WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

NOEL J. FRANCISCO
Solicitor General
Counsel of Record

April 19, 2019

cc:

ALEXANDER A. FELS
PO BOX 34622
CHICAGO, IL 60634

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 13, 2019

Mr. Alexander A. Fels
PO Box 34622
Chicago, IL 60634

> Re: Alexander A. Fels
> v. Mitch McConnell, et al.
> No. 18-8479

Dear Mr. Fels:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

(PAGE FOURTEEN)

IN THE

SUPREME COURT OF THE UNITED STATES

ALEXANDER A. FELS, PETITIONER

VS.

SENATOR McCONNELL ET. AL., RESPONDENTS

ON PETITION FOR REHEARING OF WRIT OF
CERTIORARI TO UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

ALEXANDER A. FELS

P.O. BOX 34622

CHICAGO, ILLINOIS 60634

1-773-543-5081

# TABLE OF CONTENTS

CERTIFICATE OF SERVICE ............ PAGE ONE

CERTIFICATION REQUIRED BY
SUPREME COURT RULE 44.2 ............ PAGE TWO

QUESTIONS PRESENTED ............ PAGE THREE

LIST OF PARTIES ............ PAGE FOUR

CONSTITUTIONAL AND STATUTORY
PROVISIONS INVOLVED ............ PAGE FIVE

STATEMENT OF THE CASE ............ PAGE SIX

REASONS FOR GRANTING
THIS PETITION ............ PAGE SIXTEEN

CONCLUSION ............ PAGE NINETEEN

No. 18-8479

IN THE

SUPREME COURT OF THE UNITED STATES

ALEXANDER A. FELS, PETITIONER

VS.

SENATOR McCONNELL ET.AL., RESPONDENTS

CERTIFICATE OF SERVICE

I, ALEXANDER A. FELS, DO SWEAR OR DECLARE THAT ON THIS DATE, JUNE 13, 2019 AS REQUIRED BY SUPREME COURT RULE 29, I HAVE SERVED THE ENCLOSED PETITION FOR REHEARING OF MY WRIT OF CERTIORARI ON EACH PARTY TO THE ABOVE PROCEEDING OR THAT PARTY'S COUNSEL, BY DEPOSITING AN ENVELOPE CONTAING THE ABOVE DOCUMENTS IN THE UNITED STATES MAIL WITH FIRST CLASS POSTAGE PREPAID.

THE NAME AND ADDRESS OF PERSON SERVED:

SOLICITOR GENERAL OF THE UNITED STATES

ROOM 5614 DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AVE. N.W.

WASHINGTON, D.C. 20530-0001

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JUNE 13, 2019

(PAGE ONE)

IN THE

SUPREME COURT OF THE UNITED STATES

ALEXANDER A. FELS, PETITIONER

VS.

SENATOR McCONNELL ET. AL., RESPONDENTS

ON PETITION FOR REHEARING OF WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

CERTIFICATION REQUIRED BY SUPREME COURT RULE 44.2

I, ALEXANDER A. FELS, DO HEREBY AVER, THAT MY PETITION FOR REHEARING IS BEING PRESENTED IN GOOD FAITH AND NOT FOR DELAY. I WILL, FURTHER, ENDEAVOR TO COMPLY WITH SUPREME COURT RULE NO. 44.2 TO THE BEST OF MY ABILITY

SIGNED ON JUNE 13, 2019

ALEXANDER, A. FELS

(PAGE TWO)

## QUESTIONS PRESENTED

1.) IS PRESIDENT TRUMP TRYING TO PAY FOR HIS TWO TRILLION DOLLAR TAX CUT FOR THE ULTRA RICH BY CUTTING $800,000,000,000.00 (EIGHT HUNDRED BILLION DOLLARS) FROM THE NATIONAL BUDGET THAT SHOULD BE USED TO FUND MEDICARE AND MEDICAID?

2.) ARE THE RESTRICTIONS TYING THE JUDICIAL HANDS OF JUDGES AMY ST. EVE, CHARLES KOCORAS, AND VIRGINIA KENDALL INFRINGEMENTS ON MY FIRST AMENDMENT RIGHT?

3.) WERE THE CLAIMS OF PRESIDENT TRUMP ET. AL., THAT OBAMACARE WAS BANKRUPTING OUR HEALTHCARE SYSTEM TRUE, OR WERE EFFORTS OF THE REPUBLICAN LED HOUSE OF REPRESENTATIVES FROM 2011 TO 2019 TO DELIBERATIVELY UNDERFUND THE FEDERAL GOVERNMENT FUNDING FOR HEALTHCARE THE REAL CULPRIT?

4.) WAS THE FAILURE OF THIS COURT TO HOLD PRESIDENT TRUMP ET. AL. ACCOUNTABLE BY DENYING MY PETITION FOR A WRIT OF CERTIORARI A POLITICAL DECISION?

(PAGE THREE)

## LIST OF PARTIES

ALL THE PARTIES DO NOT APPEAR ON THE COVER PAGE. A LIST OF ALL THE PARTIES TO THIS PROCEEDING IN THIS COURT, WHOSE JUDGEMENT IS THE SUBJECT OF THIS PETITION, IS AS FOLLOWS:

NO. 18-8479

IN THE

SUPREME COURT OF THE UNITED STATES

ALEXANDER A. FELS, PETITIONER

VS.

SENATOR MITCH McCONNELL, RESPONDENT

AND

PRESIDENT DONALD TRUMP, RESPONDENT

(PAGE FOUR)

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

UNITED STATES CONSTITUTION          PAGE ELEVEN
ARTICLE I  SECTION 1.               AND TWELVE


UNITED STATES CONSTITUTION          PAGE ELEVEN
FIRST ARTICLE OF AMENDMENT


UNITED STATES CONSTITUTION          PAGE TWELVE
ARTICLE III

(PAGE FIVE)

## STATEMENT OF THE CASE

### FOREWORD

IT IS NOW THE MOMENT WHEN

BY COMMON CONSENT

WE PAUSE TO BE CONSCIOUS OF

OUR NATIONAL LIFE AND

TO REJOICE IN IT, TO RECALL

WHAT OUR COUNTRY HAS DONE

FOR EACH OF US,

AND TO ASK OURSELVES

WHAT WE CAN DO

FOR OUR COUNTRY IN RETURN...

OLIVER WENDELL HOLMES JR.

THESE WORDS AND THE LINE FROM JFK'S INAUGERATION SPEECH ON JANUARY 20, 1961 "ASK NOT WHAT YOUR COUNTRY CAN DO FOR YOU, ASK WHAT YOU CAN DO FOR YOUR COUNTRY" WERE AND ARE PART OF MY RESOLVE TO EXCISE LEGALLY AND NON-VIOLENTLY THE CANCER OF PRESIDENT DONALD TRUMP. HIS DIVISIVE WORDS AND HIS UNRELENTING ASSAULT ON TRUTH AND JUSTICE DAMAGE OUR COUNTRY EVERY DAY.

HIS CLAIMS OF "FAKE NEWS" AND HIS CLAIMS

(PAGE SIX)

## STATEMENT OF THE CASE

THAT THE HARD WORKING HONEST MEMBERS OF THE LEGITIMATE PRESS ARE THE "ENEMY OF THE PEOPLE" CONJURE UP THE WORDS OF ADOLPH HITLER AND OTHERS OF HIS ILK.

ANOTHER FACTOR WAS THE TEACHINGS OF THE CATHOLIC CHURCH. THE MOST PREVALENT OF THESE IS THE ADMONITION OF JESUS CHRIST — "WHATEVER YOU DO UNTO THE LEAST OF MY BRETHREN, YOU DO UNTO ME".

ALSO IN THE MIX IS MY BELIEF, NAY LOVE, OF OUR COUNTRY'S GREATEST LEGACY — THE UNITED STATES CONSTITUTION.

LASTLY, THERE IS MY UPBRINGING. MY FATHER WAS A DEPUTY SHERIFF FOR WAYNE COUNTY, MICHIGAN, DETROIT'S COUNTY. HE INSTILLED IN ME A SECOND SET OF "THE TEN COMMANDMENTS". THEY WERE, ARE, AND ALWAYS WILL BE:

(1.) YES MA'AM; (2.) NO MA'AM; (3.) THANK YOU MA'AM; (4.) PLEASE; (5.) THE CHEAPEST THINGS IN LIFE ARE MANNERS AND SOAP; (6.) IF YOU SEE A BULLY, KNOCK HIM DOWN; (7.) IF YOU SEE SOMEONE,

(PAGE SEVEN)

## STATEMENT OF THE CASE

WHO NEEDS YOUR HELP, DO SO; (8.) IF YOU MAKE A PROMISE KEEP IT; (9.) YOUR CIVIL RIGHTS WERE BOUGHT AND PAID FOR WITH AMERICAN BLOOD. THEY ARE A SACRED TRUST. TREAT THEM ACCORDINGLY; (10.) YOUR HANDS WERE MADE FOR NURTURING NOT ABUSE.

"COMMANDMENT" NUMBER NINE HAS A PARTICULAR SIGNIFICANCE TO ME. THIRTEEN OF MY FRIENDS CAME BACK FROM VIET NAM "IN A BOX". ONE OF MY COUSINS CAME BACK FROM KOREA "IN A BOX". AND MY UNCLE, BOBBY, THIRTY-FOUR DAYS SHORT OF HIS NINETEENTH BIRTHDAY NEVER GOT OFF THE SANDS OF NORMANDY

FINALLY, I WISH TO ASSURE THIS COURT, THAT I DID NOT ADVANCE THIS CASE PRO SE ON A WHIM. ALTHOUGH, I GENERALLY CONSIDER MYSELF AN IRISH-AMERICAN REPUBLICAN CATHOLIC, THIS IS NOT ALL OF MY LINEAGE. MY GRANDFATHER'S NAME WAS NATHAN FELSENTHAL. WHILE I ADMIT TO HAVING A RATHER MEAGER KNOWLEDGE OF JUDAISM, I AM AWARE OF SOME OF THE CUSTOMS AND HOLIDAYS. THE MOST SOMBER OF THESE IS YOM KIPPUR.

(PAGE EIGHT)

## STATEMENT OF THE CASE

THIS IS, ALSO, KNOWN AS THE DAY OF ATONEMENT.

ON NOVEMBER 1, 1999, ONE OF MY GREATEST HEROES, WALTER PAYTON OF MY BELOVED CHICAGO BEARS, WAS DRAFTED TO PLAY FOR GOD'S SQUAD.

IN THE AFTERMATH OF HIS MUCH TOO EARLY PASSING, I HAVE ENDEAVORED TO TRY TO FILL SOME OF THE VACUUM LEFT BY HIS UNFORTUNATE DEMISE.

I HAVE STUMBLED MANY TIMES SINCE, BUT THE WORDS OF MY FATHER AND HIS NEW SIDEKICK - WALTER - HAVE HELPED ME REGAIN MY "BALANCE".

I TRIED TO FIND A LAWYER OFTEN, BUT WAS UNSUCCESSFUL. CONSEQUENTLY, I WAS LEFT WITH MY FATHER'S WORDS - "SOMETIMES, ALEX, IF YOU WANT SOMETHING DONE, YOU HAVE TO DO IT YOURSELF". MY LOVE OF OUR COUNTRY HAS GIVEN ME SUSTENANCE AND HELPED FUEL MY QUEST. DOING NOTHING WAS NEVER AN OPTION. WITH THIS AS A BACKDROP, LET US MOVE ON TO THE ESSENCE OF MY PETITION ...

(PAGE NINE)

## STATEMENT OF THE CASE

PRESIDENT TRUMP HAS EXHIBITED A VIRTUAL MANIA, IN HIS EFFORTS TO TRY AND ERASE THE WORK AND ACCOMPLISHMENTS OF HIS PREDESECCOR, PRESIDENT BARACK OBAMA. ONE OF HIS TARGETS IS OBAMACARE. HAVING FAILED TO REPEAL OBAMACARE LEGISLATIVELY, HE HAS NOW LAUNCHED A TWO PRONG ATTACK ON OBAMACARE.

ONE OF THESE PRONGS, IS HIS ASSAULT ON OUR HEALTHCARE SYSTEM IN THE COURT. HE HAS INSTRUCTED THE ATTORNEY GENERAL, WILLIAM BARR, TO USE THE FEDERAL COURT TO THIS END.

HIS OTHER PRONG IS TO PUT FORTH A BUDGET FOR OUR NATION, THAT HAS $800,000,000,000.00 (EIGHT HUNDRED BILLION DOLLARS), WHICH SHOULD BE HELPING TO FUND MEDICARE AND MEDICAID, WHICH PROVIDES HEALTHCARE FOR THE LEAST FORTUNATE OF OUR CITIZENRY AND OUR SENIORS, MISSING!

HIS INTENT IS BOTH EVIL AND GREEDY. HE IS, STILL, TRYING TO GET EVEN WITH PRESIDENT OBAMA AND SENATOR JOHN SIDNEY McCAIN III. THESE EFFORTS ARE CHILDISH AND UNPRESIDENTIAL.

(PAGE TEN)

## STATEMENT OF THE CASE

MOREOVER, HIS PROPOSED BUDGET IS DESIGNED TO PAY FOR HIS TAX CUT FOR THE ULTRA RICH BY GOUGING THE SENIORS ON MEDICARE TO COVER THE SHORTFALL IN REVENUE CAUSED BY THIS TAX CUT AND AT THE SAME TIME LIMIT THE AVAILABLE HEALTHCARE FOR THE LOW INCOME AND INDIGENT CITIZENS OF OUR NATION.

THUS ENDS QUESTION ONE.

NEXT ARE THE RESTRICTIONS PLACED UPON THE THREE FEDERAL JUDGES IN MY FEDERAL DISTRICT COURT FILINGS BY CASE LAW. THEY ALL HAVE ONE COMMON THREAD— ALL OF THESE CASE LAW RULINGS CAME ABOUT AFTER DECEMBER 15, 1791, THE DATE THE BILL OF RIGHTS BECAME THE LAW OF OUR NATION.

THE FIRST ARTICLE OF AMENDMENT STATES:

"CONGRESS SHALL MAKE NO LAW RESPECTING...OR PROHIBITING... OR ABRIDGING... THE RIGHT OF THE PEOPLE... TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES."

FURTHERMORE, ARTICLE I SECTION 1 OF OUR

(PAGE ELEVEN)

## STATEMENT OF THE CASE

CONSTITUTION STATES:

"ALL LEGISLATIVE POWERS HEREIN GRANTED SHALL BE VESTED IN A CONGRESS OF THE UNITED STATES, WHICH SHALL CONSIST OF A SENATE AND HOUSE OF REPRESENTATIVES."

NO-WHERE IN THE THREE SECTIONS OF ARTICLE III DOES THE CONSTITUTION CONFER THE AUTHORITY TO THE FEDERAL JUDICIARY TO COMPROMISE MY CIVIL RIGHT OF REDRESS OF GRIEVANCES. ALL THREE FEDERAL DISTRICT COURT JUDGES RULED, THAT ALL OF MY ALLEGATIONS REGARDING PRESIDENT TRUMP ET. AL. WERE NEITHER FRIVOLOUS NOR MALICIOUS.

IN MY PETITIONS, I DOCUMENTED, INTER ALIA, THAT PRESIDENT TRUMP HAS BEEN PARTY TO A MASSIVE CRIMINAL ENTERPRISE FOR OVER THREE DECADES!

THE SOLICITOR GENERAL IN FILING HIS WAIVER OF RIGHT TO FILE A BRIEF IN OPPOSITION, VALIDATED EVERYTHING IN MY PETITION FOR A WRIT OF CERTIORARI

IF THE SOLICITOR GENERAL DOES NOT OFFER A

(PAGE TWELVE)

## STATEMENT OF THE CASE

SINGLE WORD OF DISSENT, HOW DOES THIS COURT COME TO THE CONCLUSION, THAT MY PETITION FOR A WRIT OF CERTIORARI, SHOULD BE DENIED? (THE NEXT PAGE OF THIS DOCUMENT IS A COPY OF THE LETTER FROM SCOTT HARRIS, CLERK OF THE SUPREME COURT, ADVISING ME OF THIS INJUSTICE).

ALSO, WHY WAS I NOT SENT A LETTER ADVISING ME, WHEN THIS MATTER WAS TO BE DISTRIBUTED FOR CONFERENCE OR WHAT THE DATE OF THAT CONFERENCE WAS?

THUS ENDS QUESTION TWO.

QUESTION THREE IS BASICALLY AN ACCURATE ASSESSMENT OF THE REPUBLICAN LED HOUSE OF REPRESENTATIVES DELIBERATELY (THROUGH THE WAYS AND MEANS COMMITTEE) UNDERFUNDING THE FEDERAL BUDGET FOR HEALTHCARE FROM 2011 TO 2019, WHICH ARTIFICIALLY DROVE UP THE PREMIUMS, AMERICAN CITIZENS HAD TO PAY FOR THIS MALICIOUS NONSENSE. OBAMACARE DIDN'T BANKRUPT OUR HEALTHCARE SYSTEM, THE SUSPECT AND POLITICALLY MOTIVATED ACTIONS OF THE HOUSE OF REPRESENTATIVES WERE THE CULPRITS!

(PAGE THIRTEEN)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 13, 2019

Mr. Alexander A. Fels
PO Box 34622
Chicago, IL 60634

> Re:   Alexander A. Fels
>       v. Mitch McConnell, et al.
>       No. 18-8479

Dear Mr. Fels:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

(PAGE FOURTEEN)

## STATEMENT OF THE CASE

AS TO QUESTION FOUR, THE FAILURE OF THIS COURT TO HONOR MY UNOPPOSED WRIT OF CERTIORARI AND DIRECT THIS CASE BACK TO FEDERAL DISTRICT IN CHICAGO, IS A COMPLETE AND DISGRACEFUL VIOLATION OF MY CIVIL RIGHT TO REDRESS OF GRIEVANCES, AND, ALSO, A JUDICIAL ROADBLOCK TO MY EFFORT TO EXPOSE THE TRUTH ABOUT PRESIDENT TRUMP ET. AL. THE MAN IS A CRIMINAL, AND MY FELLOW AMERICANS DESERVE TO KNOW THE TRUTH.

EVENTUALLY, THE AMERICAN PEOPLE WILL LEARN OF THIS MISCARRIAGE OF JUSTICE, AND THE CREDIBILITY OF THE SUPREME COURT, ITSELF, WILL COME INTO QUESTION !!!

(PAGE FIFTEEN)

REASONS FOR GRANTING THIS PETITION

THIS PART OF MY PETITION, I AM GOING TO DIRECT TO CHIEF JUSTICE JOHN ROBERTS, HIMSELF.

IN MY EARLIER PETITION, I REMINDED YOU, CHIEF JUSTICE JOHN ROBERTS, THAT WHEN THIS CHAPTER OF THE SUPREME COURT HISTORY IS MEMORIALIZED, IT WOULD BE DUBBED THE ROBERTS COURT. I, ALSO, PONDERED, HOW HISTORY WOULD JUDGE YOUR COURT.

WELL, YOU WON'T HAVE TO WAIT FOR HISTORY— I AM TAKING A COPY OF ALL OF MY EFFORTS BEGINNING WITH MY SUBMISSION TO FEDERAL DISTRICT JUDGE AMY ST. EVE TO THE MEDIA HERE IN CHICAGO, RIGHT AFTER I PUT THIS IN THE MAIL.

WHEN OUR FOUNDING FATHERS FORMULATED OUR CONSTITUTION, A NEW TYPE OF PERSON WAS ENGENDERED – CITIZEN OWNERS, IN SO DOING, OUR FOUNDING FATHERS ESTABLISHED THE "PECKING ORDER" – WHO WORKS FOR WHOM.

IN OTHER WORDS CHIEF JUSTICE JOHN ROBERTS, YOU ARE ONE OF MY EMPLOYEES.

(PAGE SIXTEEN)

## REASONS FOR GRANTING THIS PETITION

AS I SEE IT, CHIEF JUSTICE JOHN ROBERTS, YOU AND THE "COVEN", YOU ARE SUPPOSED TO LEAD, ARE DOING A CRAPPY JOB.

THAT PRESIDENT TRUMP IS A LIAR OF EPIC PROPORTIONS IS MANIFESTED DAILY IN HIS TWEETS, AND HIS FALSE CLAIMS IN FRONT OF ANY CAMERA, HE CAN FIND.

I BELIEVE, THE TOTAL NUMBER OF LIES, HE HAS TOLD, IS NOW OVER 10,000 (TEN THOUSAND).

YOUR JOB, CHIEF JUSTICE JOHN ROBERTS, IS SUPPOSED TO BE ABOUT SAFEGUARDING THE CIVIL RIGHTS OF THE AMERICAN PEOPLE, PROTECTING THE CONSTITUTION, AND BRINGING THE GUILTY TO JUSTICE.

RIGHT NOW, CHIEF JUSTICE JOHN ROBERTS, AS YOUR EMPLOYER, I AM UNDECIDED AS TO WHETHER TO GRADE YOUR EFFORT IN THIS MATTER WITH AN INCOMPLETE OR AN F.

WHAT I DO KNOW, CHIEF JUSTICE JOHN ROBERTS, IS THAT YOU SHOULD NOT STAND TOO CLOSE TO "THE FAN", BECAUSE THE CRAP IS GOING TO HIT IT!

(PAGE SEVENTEEN)

REASONS FOR GRANTING THIS PETITION

IN CLOSING, CHIEF JUSTICE JOHN ROBERTS, I WISH TO SHARE WITH YOU THE SAGE WORDS OF MY SAINTED FATHER - BROTHER JOHN, IT'S TIME TO CRAP OR GET OFF THE TOILET.

RESPECTFULLY SUBMITTED,

ALEXANDER A. FELS pro se

(PAGE EIGHTEEN)

## CONCLUSION

IF YOU WANT TO SAVE YOUR REPUTATION, CHIEF JUSTICE JOHN ROBERTS ET. AL., YOU MUST GRANT MY WRIT OF CERTIORARI.

RESPECTFULLY SUBMITTED

DATE: JUNE 13, 2019

(PAGE NINETEEN)

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

June 18, 2019

Alexander A. Fels
PO Box 34622
Chicago, IL 60634

    RE: Fels v. McConnell, et al.
       No: 18-8479

Dear Mr. Fels:

The petition for rehearing in the above-entitled case was postmarked June 13, 2019 and received June 18, 2019 and is herewith returned as out-of-time.

    Pursuant to Rule 44 of the Rules of this Court, a petition for rehearing must be submitted within 25 days after the decision of the Court.  As the petition for writ of certiorari was denied on May 13, 2019, the petition for rehearing was due on or before June 7, 2019.

                  Sincerely,
                  Scott S. Harris, Clerk
                  By:

                  Clayton R. Higgins, Jr.
                  (202) 479-3019

Enclosures

STATEMENT OF THE CASE ✡

AGAIN BACK AGAIN

WHAT THIS COURT CAN CLEARLY SEE ARE THE LOOMING PROBLEMS (WHEN THIS WHOLE "ENCHILADA" FINDS A KINDRED SPIRIT IN OUR NATIONAL MEDIA) OF THE STILL UNANSWERED AND UNADDRESSED QUESTIONS AND ALLEGATIONS OF NOW FOUR UNRESOLVED FEDERAL CIVIL ACTIONS.

PLUS BY FAILING TO COMPLY WITH ANY OF MY REQUESTS FOR JUSTICE, THE SUPREME COURT HAS OPENED ITSELF TO THIS (I BELIEVE) VERY VIABLE CIVIL ACTION, BECAUSE OF IT'S (SUPREME COURT) LACK OF ADHERENCE TO IT'S COLLECTIVE OATHS OF OFFICE (AND IN SOME QUARTERS PAINTED ITSELF AS AN ACCESSORY AFTER THE FACT(S) TO TRUMP'S LINK TO MONEY LAUNDERING, R.I.C.O., ETC. AND HIS BUDDING BROMANCE WITH PUTIN).

✡ ACCORDING TO SUPREME COURT RULE 29.2, THE POSTMARK IS CONSIDERED THE FILING DATE. I DID NOT KNOW SUPREME COURT RULE 44.1 SHORTENED THE TIME PERIOD FOR TIMELY FILING FROM THE 30 (THIRTY) DAYS CUSTOMARY IN FEDERAL COURT TO 25.

(TWELVE)

## STATEMENT OF THE CASE

PLUS, I BELIEVE, THAT BY FAILING TO LET ME USE THIS DISTRICT COURTHOUSE AS A VENUE TO ATTEMPT TO HOLD SENATOR MITCH McCONNELL AND TRUMP ACCOUNTABLE FOR THEIR SUSPECT ACTIONS, THE SUPREME COURT HAS ALLOWED ITSELF TO BE MIRED IN THE MUCK OF THESE TWO NEFARIOUS CREEPS.

WITH ALL OF THIS AS A BACKDROP, LET'S CONSIDER THE OPTIONS LEFT OPEN TO THIS COURT. THEY ARE:

1.) FOLLOW SUIT AND FIND SOME LEGAL BUT QUASI-CONSTITUTIONAL (DARE I INFER UNCONSTITUTIONAL) CASE LAW FOR A JUDICIAL ROADBLOCK TO MY CONSTITUTIONAL AGAINST AN INJUSTICE (S);     (PROTECTION)

2.) ISSUE A RULING CONTRARY TO MY REQUESTS FOR JUSTICE (WHICH WILL NECESSITATE MY FILING A PETITION FOR RE-HEARING, WHICH COULD, ALSO, BE DENIED, WHICH WILL OPEN THE DOOR, LITIGATIONALLY, TO THE SEVENTH CIRCUIT COURT OF APPEAL WHICH COULD LIVE UP TO IT'S

(THIRTEEN)

## STATEMENT OF THE CASE

PAST ILL-ADVISED PERFORMANCES (DOING NOTHING), AND I HAND THIS ENTIRE QUIXOTIC QUEST TO THE MEDIA AND THE ULTIMATE COURT- THE COURT OF PUBLIC OPINION); OR

3.) RULE IN MY FAVOR AND FINALLY HOLD TRUMP ET. AL. ACCOUNTABLE FOR HIS/THEIRS CRIMINAL AND/OR TREASONOUS ACTIONS.

AT THIS JUNCTURE, YOUR HONOR, "THE BALL IS QUITE LITERALLY IN YOUR COURT". EVENTUALLY THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH WILL COME OUT.

THE ONLY PART OF THIS SCENARIO, THAT IS UNDER YOUR CONTROL IN THIS MATTER IS YOUR DECISION. I WISH TO OFFER YOU, YOUR HONOR, A SORT OF PARAPHRASING OF THE WORDS OF ABRAHAM LINCOLN:

"NO JUDGE STANDS SO TALL, AS WHEN SHE STOOPS TO ASSIST A WOEFULLY IGNORANT (OF OUR NATION'S LEGAL PRACTICE) CRIPPLE IN HIS NAIVE QUEST FOR JUSTICE..."

RESPECTFULLY SUBMITTED,

(FOURTEEN) _[signature]_

REASONS FOR GRANTING THIS PETITION

1.) TO CEMENT YOUR LEGACY, JUDGE REBECCA R. PALLMEYER AS A PARADIGM OF INTEGRITY AND THE ULTIMATE MODEL OF A JURIST BEYOND REPROACH.

2.) TO VALIDATE THE POWER OF THE FIRST ARTICLE OF AMENDMENT TO OUR FAMED CONSTITUTION i.e. MY CIVIL RIGHT TO PETITION THIS GOVERNMENT FOR A REDRESS OF GRIEVANCES.

3.) TO EXPOSE TO THE PEOPLE OF OUR BELOVED CHICAGO THE TRUTH IN THE ADAGE "THE PEN IS MIGHTIER THAN THE SWORD".

THE BLOOD FLOWING THROUGH OUR CITY'S STREETS OF SOME OF OUR YOUNG PEOPLE AND THEIR INTENDED AND UNINTENDED INNOCENT "COLLATERAL DAMAGE" VICTIMS, IS THE DAILY RECURRING HORROR OF OUR SOCIETY FLOODED WITH A SEEMINGLY ENDLESS SUPPLY OF ILLEGAL AND/OR MILITARY

(FIFTEEN)

<u>REASONS FOR GRANTING THIS PETITION</u>

TYPE ASSAULT WEAPONS AS THEIR (SOME OF OUR YOUNG PEOPLE AND OTHERS) ONLY COURSE FOR REDRESS OF GRIEVANCES.

BECAUSE SENATOR MITCH McCONNELL AND TRUMP ARE N.R.A.'s LAP DOGS, THIS TSUNAMI OF DEATH AND DESTRUCTION WILL GO ON UNABATED.

HOLDING TRUMP ET. AL. ACCOUNTABLE TO AN OLD INDIGENT CRIPPLE, WHO HAS NOTHING BUT A BALL POINT, ON OCCASION "REPURPOSED" LEGAL PAD(S), AND A SMATTERING OF KNOWLEDGE OF OUR CONSTITUTION, COULD LEAD SOME OF THESE CHILDREN TO A PATH OF NONVIOLENCE AND RIGHTEOUSNESS...

(SIXTEEN)

## CONCLUSION

ONE OF THE NEWSCASTERS, I ROUTINELY WATCH (THE NAME AND GENDER ELUDE ME), SAID THE FOLLOWING, WHEN IT CAME TO THE UPCOMING TESTIMONY OF THE SPECIAL COUNSEL, ROBERT MUELLER, AS AN ALLEGORY TO THE MUELLER REPORT:

MOST PEOPLE WON'T READ THE BOOK, BUT THEY WILL WATCH THE MOVIE...

PLEASE CONSIDER THE FOLLOWING:

I ASKED THE SUPREME COURT IN MY PETITION FOR A WRIT OF CERTIORARI, TO SEND THIS MATTER BACK TO CHICAGO TO YOUR COURTROOM. THAT'S BECAUSE I TRUST YOU COMPLETELY. YOUR EFFORTS IN THE GEORGE RYAN CRIMINAL TRIAL SOLIDIFIED MY IMPRESSION OF YOU AS A QUALIFIED, COMPETENT, AND HONEST JUDGE, IN A CITY WHERE THE JUDICIARY'S REPUTATION WAS SULLIED BY OPERATION GREYLORD AND OPERATION GAMBIT.

(SEVENTEEN)

## CONCLUSION

I, ALSO, REQUESTED THE SUPREME COURT TO ALLOW THE ENTIRE CASE TO BE SHOWN LIVE IN IT'S ENTIRETY TO PREVENT TRUMP ET. AL. FROM LYING ABOUT THE COURTROOM PROCEEDINGS.

THAT'S, ALSO, WHY I ASKED FOR THE RIGHT TO PICK A LOCAL TELEVISION STATION AND REPORTER OF MY AND ONLY MY CHOSING. (THE REST OF MY CAVEATS ARE ALREADY IN YOUR POSSESSION).

I IMPLORE YOU, JUDGE REBECCA R. PALLMEYER, TO GRANT ME THE VENUE TO STOP THIS MOHEPHUS...

RESPECTFULLY SUBMITTED

ALEXANDER A. FELS pro se

(EIGHTEEN)